| United States Bankruptcy Court<br>Middle District of Pennsylvania | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mastercraft Specialties, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**23-1664849** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**800 Maple Street**<br>**Red Lion, PA**<br>ZIP Code **17356** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**York** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Mastercraft Specialties, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)              (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Mastercraft Specialties, Inc.**

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Lawrence V. Young**
Signature of Attorney for Debtor(s)

**Lawrence V. Young 21009**
Printed Name of Attorney for Debtor(s)

**CGA Law Firm**
Firm Name

**135 North George Street**
**York, PA 17401**

_____
Address

                            **Email: hlocke@cgalaw.com**
**717-848-4900  Fax: 717-843-9039**
Telephone Number

**October  7, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Joel Persing**
Signature of Authorized Individual

**Joel Persing**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  7, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re     **Mastercraft Specialties, Inc.**        Case No. _____
<br>                                                 Debtor(s)        Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AC Furniture Co In**<br>**PO Box 200**<br>**Axton, VA 24054** | **AC Furniture Co In**<br>**PO Box 200**<br>**Axton, VA 24054** | **inventory purchase** | | **94,032.75** |
| **Baillie Lumber Co.**<br>**4002 Legion Drive**<br>**P.O. Box 6**<br>**Hamburg, NY 14075** | **Baillie Lumber Co.**<br>**4002 Legion Drive**<br>**P.O. Box 6**<br>**Hamburg, NY 14075** | **Trade debt** | | **30,737.35** |
| **Business Card**<br>**PO Box 15796**<br>**Wilmington, DE 19886** | **Business Card**<br>**PO Box 15796**<br>**Wilmington, DE 19886** | **credit card** | | **24,539.41** |
| **C. H. Robinson**<br>**PO Box 9121**<br>**Minneapolis, MN 55480** | **C. H. Robinson**<br>**PO Box 9121**<br>**Minneapolis, MN 55480** | **freight** | | **30,712.00** |
| **C.H. Briggs**<br>**PO Box 15188**<br>**Reading, PA 19612** | **C.H. Briggs**<br>**PO Box 15188**<br>**Reading, PA 19612** | **inventory purchase** | | **38,645.36** |
| **Capitol One FSB**<br>**PO Box 71083**<br>**Charlotte, NC 28272** | **Capitol One FSB**<br>**PO Box 71083**<br>**Charlotte, NC 28272** | **inventory purchase** | | **29,093.19** |
| **Cheasepeake Plywood**<br>**1700 Ridgely St**<br>**Baltimore, MD 21230** | **Cheasepeake Plywood**<br>**1700 Ridgely St**<br>**Baltimore, MD 21230** | **inventory purchase** | | **22,528.00** |
| **Commerical Marketing Associates**<br>**8425 Progress Drive**<br>**Frederick, MD 21701** | **Commerical Marketing Associates**<br>**8425 Progress Drive**<br>**Frederick, MD 21701** | **sales rep commission** | | **46,798.64** |
| **Delweld Industries**<br>**301 Academy Street**<br>**Johnstown, PA 15906** | **Delweld Industries**<br>**301 Academy Street**<br>**Johnstown, PA 15906** | **inventory purchase** | | **131,403.48** |
| **Fashion Bed Group**<br>**L&P Financial Services**<br>**PO Box 538385**<br>**Atlanta, GA 30353** | **Fashion Bed Group**<br>**L&P Financial Services**<br>**PO Box 538385**<br>**Atlanta, GA 30353** | **inventory purchase** | | **24,587.70** |
| **Fessenden Hall of PA**<br>**3021 Industry Drive**<br>**Lancaster, PA 17603** | **Fessenden Hall of PA**<br>**3021 Industry Drive**<br>**Lancaster, PA 17603** | **inventory purchase** | | **81,950.77** |

In re  **Mastercraft Specialties, Inc.**                                                    Case No. _____
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| J. Wallace Smith Inc<br>PO Box 611<br>Jenkintown, PA 19046 | J. Wallace Smith Inc<br>PO Box 611<br>Jenkintown, PA 19046 | inventory purchase | | 159,798.63 |
| Leroy Bailey/RB Millwork Consulting<br>43 Commanche Circle<br>Lake Ariel, PA 18436 | Leroy Bailey/RB Millwork Consulting<br>43 Commanche Circle<br>Lake Ariel, PA 18436 | sales rep commission | | 47,024.00 |
| Mann & Parker<br>335 N Constitution Ave<br>New Freedom, PA 17349 | Mann & Parker<br>335 N Constitution Ave<br>New Freedom, PA 17349 | inventory purchase | | 53,237.73 |
| Mile Zelger, tax collector<br>451 Highland Rd<br>Red Lion, PA 17356 | Mile Zelger, tax collector<br>451 Highland Rd<br>Red Lion, PA 17356 | taxes | | 22,895.38 |
| O'Shea Lumber Co<br>11425 Susquehanna Trail<br>Glen Rock, PA 17327 | O'Shea Lumber Co<br>11425 Susquehanna Trail<br>Glen Rock, PA 17327 | inventory purchase | | 352,826.59 |
| Peter Danko Designs<br>839 McKenzie Street<br>York, PA 17403 | Peter Danko Designs<br>839 McKenzie Street<br>York, PA 17403 | commission | | 23,892.15 |
| Rose Metal Systems<br>1747 West Trindle Road<br>Carlisle, PA 17015 | Rose Metal Systems<br>1747 West Trindle Road<br>Carlisle, PA 17015 | subcontract - building | | 26,477.00 |
| Russell Plywood<br>401 Old Wymossing Rd<br>Reading, PA 19611 | Russell Plywood<br>401 Old Wymossing Rd<br>Reading, PA 19611 | inventory purchase | | 213,559.84 |
| Susquehanna Bank<br>1570 Manheim Pike<br>P.O. Box 3300<br>Lancaster, PA 17604 | Susquehanna Bank<br>1570 Manheim Pike<br>P.O. Box 3300<br>Lancaster, PA 17604 | Deficiency balance on refinanced secured loan | | 465,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **October 7, 2014**                              Signature   **/s/ Joel Persing**
                                                                      **Joel Persing**
                                                                      **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Mastercraft Specialties, Inc.**                    ,      Case No. _____

                               Debtor

                                                Chapter _____ **11** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 4 | 660,000.00 | | |
| B - Personal Property | Yes | 25 | 1,959,127.02 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,785,743.09 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 2,923,029.83 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 68 | | | |
| Total Assets | | | 2,619,127.02 | | |
| Total Liabilities | | | | 4,708,772.92 | |

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    **Mastercraft Specialties, Inc.**                         ,      Case No. _____

                                             Debtor

Chapter                   **11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

.

In re   **Mastercraft Specialties, Inc.**      ,    Case No._____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Commercial real estate at 800 Maple Street, Red Lion, PA**<br>**Value pursuant to Debtor's opinion based upon appraisal performed in 2012 plus the estimated increase in value of an addition to the property added in 2013**<br><br>**Tax assessed value: $706,420 x 1.14 CLR = $805,318** | | **-** | **660,000.00** | **1,679,358.00** |

| | | |
|---|---|---|
| Sub-Total > | **660,000.00** | (Total of this page) |
| Total > | **660,000.00** | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

# EXECUTIVE SUMMARY

## MASTERCRAFT SPECIALITIES FACILITY

LOCATED AT
800 MAPLE STREET
RED LION BOROUGH
YORK COUNTY, PENNSYLVANIA

| | |
|---|---|
| Appraisal Client | Susquehanna Bank |
| Property Owner | Mastercraft Specialties, Inc. |
| Objective of the Assignment | The objective of this appraisal assignment is to provide an opinion of the market value of the subject property as of the stated effective date. |
| Property Rights Appraised | Fee simple estate |
| Effective Date(s) of the Appraisal | May 23, 2012 |
| Date of Appraisal Report | June 11, 2012 |
| Property Tax Identification | 82-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.00-00000 |
| Zoning Designation | I, Industrial District |
| Property Zip Code | 17356 (Red Lion, PA) |
| Property Description | The subject of this appraisal assignment is a 5.0 acre site improved with a two-story industrial facility containing a total gross building area (GBA) of 93,438 square feet. The property is located at 800 Maple Street in Red Lion Borough, York County, Pennsylvania. |
| Highest and Best Use<br>As Vacant | Development with an industrial use |
| As Improved | Continued industrial use |



**MID-ATLANTIC**
Valuation Group, Inc.

ii

## Valuation Summary

| Market Value | Value Indications |
|---|---|
| Estimated Market Value by the Sales Comparison Approach | $560,000 |
| Final Opinion of Market Value (as of May 23, 2012) | $560,000 |

Please note that the *Executive Summary* is simply an introduction to, and a summary of, the appraisal report and is included for the reader's convenience. As such, it must be used in conjunction with the entire appraisal report and is subject to the General Assumptions and Limiting Conditions found herein.



MID-ATLANTIC
Valuation Group, Inc.

iii

# York County, Pennsylvania

- Home
- About York County
- Maps/Directions
- Keywords
- Site Index
- Contact

## Selected Record

**PIN:** 820000500810000000
**Owner:** MASTERCRAFT SPECIALTIES INC
**Location:** 800 MAPLE ST
**Acreage:** 9.170
**Land Class:** 523                **Deed Book Page:** 70K-1016
**Clean & Green:** N
**Land Value:** 154800           **Building Value:** 551620
**Total Value:** 706420         **Grantor:**
**Sale Price/Date:** 6000 - 6/17/1976 12:00:00 AM    **Homestead Code:**
                                             **Homestead %:**
**Farmstead Code:**                      **Farmstead %:**

## Search Result

New Search

| | ID | Name | PIN |
|---|---|---|---|
| Select | 27098 | RIESE JEFFREY A & ROSEANN L | 530001J01830000000 |
| Select | 181814 | **MASTERCRAFT SPECIALTIES INC** | 820000500810000000 |

- - GIS Welcome
    - Mapping and Data
    - Contact York GIS
    - Mapping Help



York County, Pennsylvania

In re  **Mastercraft Specialties, Inc.** _____ ,   Case No. _____

                                    *Debtor*

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Metro Bank as of 10/06/2014** | - | 386,551.58 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    386,551.58
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

In re   **Mastercraft Specialties, Inc.**                                          ,        Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable as of 10/6/2014 - see attached list** | - | 652,475.44 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      652,475.44
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re **Mastercraft Specialties, Inc.** _____ ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1998 GMC C7C042 (Box truck) | - | 5,000.00 |
| | | 1999 GMC C7C042 (Box truck) | - | 5,000.00 |
| | | 2007 Ford Commercial truck | - | 5,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and supplies - see attached list | - | 23,300.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Machinery and fixtures used in business - see attached appraisal | - | 529,800.00 |
| | | Machinery and equipment purchased from Hermance Machine Company 3/24/14 - See attached list Subject to purchase money security in favor of First Sound Bank #7002 | - | 15,000.00 |
| | | Unique Model 250GT2 Original Door Machine SN: 1587120250GT2 Doucet SDM Miter Door/Framing Assembly System SN: N2009-06-260 Subject to purchase money security interest in favor of First Sound Bank #7001 | - | 22,000.00 |
| | | Equipment secured by Direct Capital (Corporation Service Company #4229) See attached list | - | 65,000.00 |

Sub-Total > 670,100.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Mastercraft Specialties, Inc.**                                  ,        Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | | **Inventory** | - | **250,000.00** |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     **250,000.00**
(Total of this page)

Total >     **1,959,127.02**

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Mastercraft Specialties, Inc.
## Aged Receivables Report
Aged as of: 10/06/14 (By Invoice Date)

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| **Parent:** | | | | | | | | |
| **Customer:** ARTG | Art Guild, Inc | | | | | Contact Person: | Phone: 856-853-7500 | |
| **Currency:** BASE | Base Currency: | | | | | | | |
| 34754 | 265520 | 9/2/2014 | 9/2/2014 | 0.00 | 13,648.80 | 0.00 | 0.00 | 0.00 |
| 34815 | 265520 | 9/29/2014 | 9/29/2014 | 0.00 | 13,648.80 | 0.00 | 0.00 | 0.00 |
| **Currency Total:** | | | 27,297.60 | 0.00 | 13,648.80 | 0.00 | 0.00 | 0.00 |
| **Parent Total:** | | | 27,297.60 | 0.00 | 13,648.80 | 0.00 | 0.00 | 0.00 |
| **Parent:** | | | | | | | | |
| **Customer:** BASTYR | Bastyr University | | | | | Contact Person: | Phone: 425-602-3266 | |
| **Currency:** BASE | Base Currency: | | | | | | | |
| 34755 | email/Julie Alzaic | 9/3/2014 | 9/3/2014 | 0.00 | 13,444.69 | 0.00 | 0.00 | 0.00 |
| **Currency Total:** | | | 13,444.69 | 0.00 | 13,444.69 | 0.00 | 0.00 | 0.00 |
| **Parent Total:** | | | 13,444.69 | 0.00 | 13,444.69 | 0.00 | 0.00 | 0.00 |
| **Parent:** | | | | | | | | |
| **Customer:** Brown | Brown Wood Products | | | | | Contact Person: | Phone: 847-673-4780 | |
| **Currency:** BASE | Base Currency: | | | | | | | |
| 34790 | 10774JJ | 9/18/2014 | 10/18/2014 | 1,727.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Currency Total:** | | | 1,727.60 | 1,727.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Parent Total:** | | | 1,727.60 | 1,727.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Parent:** | | | | | | | | |
| **Customer:** C-1032 | Capitol Supply, Inc. | | | | | Contact Person: | Phone: 888-485-5001 | |
| **Currency:** BASE | Base Currency: | | | | | | | |
| 34684 | 9025099215832141 | 8/4/2014 | 10/5/2014 | 0.00 | 20,240.40 | 0.00 | 0.00 | 0.00 |
| 34700 | 9116702592761 | 8/12/2014 | 10/11/2014 | 0.00 | 9,059.66 | 34,298.05 | 0.00 | 0.00 |
| 34717 | 9114142582448 | 8/19/2014 | 10/18/2014 | 0.00 | 5,230.16 | 0.00 | 0.00 | 0.00 |
| 34733 | 905837215889978 | 8/26/2014 | 10/25/2014 | 0.00 | 2,445.00 | 0.00 | 0.00 | 0.00 |
| 34745 | 9162802596071 | 8/28/2014 | 10/27/2014 | 0.00 | 36,975.22 | 0.00 | 0.00 | 0.00 |
| **Currency Total:** | | | 71,273.27 | 0.00 | 36,975.22 | 34,298.05 | 0.00 | 0.00 |
| **Parent Total:** | | | 71,273.27 | 0.00 | 36,975.22 | 34,298.05 | 0.00 | 0.00 |
| **Parent:** | | | | | | | | |
| **Customer:** Creatoff | Creative Office Pavilion | | | | | Contact Person: | Phone: 617-956-4100 | |
| **Currency:** BASE | Base Currency: | | | | | | | |
| 34728 | 196372P51 | 8/22/2014 | 9/21/2014 . | | 4,796.34 | | | |

## Aged Receivables Report

Aged as of: 10/06/14 (By Invoice Date)

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| **Customer:** CSI | | **Contract Source Inc** | | | | **Phone:** | | |
| **Currency:** BASE | Base Currency: | | | | | | | |
| 34750 | 12714 | 8/25/2014 | 8/25/2014 | 0.00 | 1,911.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 1,911.00 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 1,911.00 | | | |
| **Parent:** | | | | | | | | |
| **Customer:** D-1044 | | **Design Contract Services** | | | | **Phone:** 845-566-4200 | | |
| **Currency:** BASE | Base Currency: | | | | | | | |
| 34668 | 3654 | 7/28/2014 | 8/27/2014 | 0.00 | 107.97 | 94.32 | 0.00 | 0.00 |
| 34724 | 3623 | 8/20/2014 | 9/19/2014 | 0.00 | 107.97 | 0.00 | 0.00 | 0.00 |
| 34811 | 3682 | 9/29/2014 | 10/29/2014 | 0.00 | 107.97 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 26,185.92 | 94.32 | 0.00 | 0.00 |
| Parent Total: | | | | | 26,185.92 | | | |
| **Parent:** | | | | | | | | |
| **Customer:** DAVIDED | | **David Edward** | | | | **Phone:** 443-297-9064 | | |
| **Currency:** Verbal Tina | | | | | | | | |
| 34734 | | 8/26/2014 | 9/25/2014 | 0.00 | 40.00 | 0.00 | 0.00 | 0.00 |
| 34773 | 35875 | 9/12/2014 | 10/12/2014 | 1,150.00 | | | | |
| 34777 | 35497 | 9/15/2014 | 10/15/2014 | 480.00 | | | | |
| 34786 | 35876 | 9/17/2014 | 10/17/2014 | 105.60 | | | | |
| Currency Total: | | | | 1,775.60 | 40.00 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | 1,775.60 | 40.00 | | | |
| **Parent:** | | | | | | | | |
| **Customer:** DIVERS | | **Diversified Resource Group Inc** | | | | **Phone:** 678-282-0760 | | |
| **Currency:** BASE | Base Currency: | | | | | | | |
| 34716 | PAL001 | 8/28/2014 | 8/28/2014 | 0.00 | 6,038.90 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 6,038.90 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 6,038.90 | | | |
| **Parent:** | | | | | | | | |
| **Customer:** DUPLER | | **Dupler Office** | | | | **Phone:** 614-227-5640 | | |

Mastercraft Specialties, Inc.

## Aged Receivables Report

Aged as of: 10/06/14 (By Invoice Date)

| Invoice | Purchase Order | Inv Date | Due Date | Future | | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 34673 | 2403679?-63076 | 7/29/2014 | 8/28/2014 | 0.00 | 0.00 | 0.00 | 1,911.26 | 0.00 | 0.00 |
| Currency: | BASE | Base Currency: | | | | | | | |
| Currency Total: | | | | 0.00 | 0.00 | 0.00 | 1,911.26 | 0.00 | 0.00 |
| Parent Total: | | | | | | | 1,911.26 | | |

**Customer:** EMERIL   Emeril's New Orleans Fish Hous

**Currency:** BASE   Base Currency:    Contact Person:     Phone: 504-524-4241

| Invoice | Purchase Order | Inv Date | Due Date | Future | | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 34818 | Email | 10/2/2014 | 10/2/2014 | 0.00 | 4,842.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 4,842.05 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 4,842.05 | | | | |

**Customer:** F-1008   FF & E Specialty Group, Inc.

**Currency:** BASE   Base Currency:    Contact Person:     Phone: 913-888-5892

| Invoice | Purchase Order | Inv Date | Due Date | Future | | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 34763 | FFE-BRKSTON | 9/9/2014 | 10/9/2014 | 0.00 | 156.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 156.28 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 156.28 | | | | |

**Customer:** H-1063   Heritage Springs Memory Care

**Currency:** BASE   Base Currency:    Contact Person:     Phone: 570-854-5885

| Invoice | Purchase Order | Inv Date | Due Date | Future | | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 34782 | written | 9/15/2014 | 9/15/2014 | 0.00 | 10,208.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 10,208.92 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 10,208.92 | | | | |

**Customer:** J-1015   John Williams Interiors

**Currency:** BASE   Base Currency:    Contact Person:     Phone: 708-771-3111

| Invoice | Purchase Order | Inv Date | Due Date | Future | | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 34774 | 03798111 | 9/10/2014 | 10/10/2014 | | 1,306.20 | | | | |
| 34776 CM | 03798111 | 9/15/2014 | 9/15/2014 | | 325.00- | | | | |
| Currency Total: | | | | 0.00 | 981.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 981.20 | | | | |

**Customer:** KING   King Business Interiors

**Currency:** BASE   Base Currency:    Contact Person:     Phone: 614-430-0020

| Invoice | Purchase Order | Inv Date | Due Date | Future | | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| 34795 | 6-131-19428 | 9/22/2014 | 9/22/2014 | | 964.25 | | | | |

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| **Customer:** Lutheran Social Services | | | | | Contact Person: | | | |
| Currency: BASE Base Currency: | | | | | | | Phone: 717-834-3971 | |
| 34771 | 18605 | 9/11/2014 | 10/11/2014 | 322.65 | 0.00 | 0.00 | 0.00 | 0.00 |
| 34820 | 18769 | 9/30/2014 | 10/30/2014 | 641.60 | 0.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 964.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Parent:** Lutheran Social Services | | | | | | | | |
| Parent Total: | | | | 964.25 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Customer:** Leisters Contract Furniture | | | | | Contact Person: | | | |
| Currency: BASE Base Currency: | | | | | | | Phone: | |
| 34779 | Per Zac | 9/17/2014 | 9/17/2014 | 2,296.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 2,296.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Parent:** Leisters Contract Furniture | | | | | | | | |
| Parent Total: | | | | 2,296.87 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Customer:** Luxottica Retail Cincinnati Se | | | | | Contact Person: | | | |
| Currency: BASE Base Currency: | | | | | | | Phone: | |
| 34803 | 4503854824 | 9/24/2014 | 10/24/2014 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Parent:** Luxottica Retail Cincinnati Se | | | | | | | | |
| Parent Total: | | | | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Customer:** Mesa State University | | | | | Contact Person: | | | |
| Currency: BASE Base Currency: | | | | | | | Phone: 970-248-1337 | |
| 34764 | P00SO222 | 9/10/2014 | 10/10/2014 | 260.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 260.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Parent:** Mesa State University | | | | | | | | |
| Parent Total: | | | | 260.78 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Customer:** Maine Motel Supply, Inc. | | | | | Contact Person: | | | |
| Currency: BASE Base Currency: | | | | | | | Phone: 207-989-5994 | |
| 34735 | 1073 | 8/26/2014 | 8/26/2014 | 0.00 | 12,497.76 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 12,497.76 | 0.00 | 0.00 | 0.00 |
| **Parent:** Maine Motel Supply, Inc. | | | | | | | | |
| Parent Total: | | | | 0.00 | 12,497.76 | 0.00 | 0.00 | 0.00 |

# Mastercraft Specialties, Inc.

## Aged Receivables Report

Aged as of: 10/06/14 (By Invoice Date)

Date: 10/6/2014  
Page: 5

**Parent:** MOI  
**Customer:** MOI  Contact Person:  Phone: 410-265-5600  
**Currency:** BASE  Base Currency: M.O.I

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| 34757 | 129-26-326686 | 9/3/2014 | 9/3/2014 | 0.00 | | | | 2,297.60 |
| **Currency Total:** | | | | 0.00 | | 0.00 | 0.00 | 2,297.60 |
| **Parent Total:** | | | | 0.00 | | 0.00 | 0.00 | 2,297.60 |

**Parent:** N-1001  
**Customer:** National Healthcare Interior D  Contact Person:  Phone: 615-890-2020  
**Currency:** BASE  Base Currency: National Healthcare Interior D

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| 34736 | 38004 | 8/26/2014 | 9/25/2014 | | 1,187.61 | | | |
| 34740 | 37858 | 8/26/2014 | 9/25/2014 | | 21,105.64 | | | |
| 34770 | 38064 | 9/10/2014 | 10/10/2014 | 974.90 | | | | |
| 34788 | 38075 | 9/18/2014 | 10/18/2014 | 434.96 | | | | |
| 34808 | 37840 | 9/29/2014 | 10/29/2014 | 17,732.00 | | | | |
| 34809 | 37979 | 9/29/2014 | 10/29/2014 | 494.54 | | | | |
| 34810 | 37949 | 9/29/2014 | 10/29/2014 | 5,315.68 | | | | |
| **Currency Total:** 47,245.33 | | | | 24,952.08 | 22,293.25 | 0.00 | 0.00 | 0.00 |
| **Parent Total:** 47,245.33 | | | | 24,952.08 | 22,293.25 | 0.00 | 0.00 | 0.00 |

**Parent:** N-1010  
**Customer:** Northern Lights  Contact Person:  Phone: 607-589-6090  
**Currency:** BASE  Base Currency: Northern Lights

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| 34643 | 3862 | 7/1/2014 | 8/10/2014 | 0.00 | 0.00 | 4,929.86 | 0.00 | 0.00 |
| **Currency Total:** | | | | 0.00 | 0.00 | 4,929.86 | 0.00 | 0.00 |
| **Parent Total:** | | | | 0.00 | 0.00 | 4,929.86 | 0.00 | 0.00 |

**Parent:** Nine 6  
**Customer:** Nine 6  Contact Person:  Phone: 717-515-2266  
**Currency:** BASE  Base Currency: Nine 6

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| 33865 | 1008 | 5/22/2013 | 5/22/2013 | | | | | 1,194.36 |
| 33878 | 1007 | 5/29/2013 | 5/29/2013 | | | | | 1,527.42 |
| 33879 | 1008 | 5/29/2013 | 5/29/2013 | | | | | 1,194.97 |
| 34019 | 1008 | 8/2/2013 | 8/2/2013 | | | | | 633.90 |
| 34090 | 1007 | 8/28/2013 | 8/28/2013 | | | | | 440.71 |
| 34149 | Verbal | 10/2/2013 | 10/2/2013 | | | | | 1,228.68 |

# Aged Receivables Report

### Aged as of: 10/06/14 (By Invoice Date)

| Invoice | Purchase Order | Inv Date | Due Date | Future | | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ------- | | | | |
| | Currency Total: | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,220.04 |
| | Parent Total: | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 6,220.04 |
| **Customer:** | **Office Concepts** | | | | Contact Person: | | Phone: 847-573-8890 | | |
| 34757 | O-1022 | | | | | | | | |
| | **Currency:** BASE Base Currency: | | | | | | | | |
| | A491514-1 | 8/26/2014 | 9/25/2014 | 0.00 | 0.00 | 850.70 | 0.00 | 0.00 | 0.00 |
| | Currency Total: | | | 0.00 | 0.00 | 850.70 | 0.00 | 0.00 | 0.00 |
| | Parent Total: | | | 0.00 | 0.00 | 850.70 | 0.00 | 0.00 | 0.00 |
| **Customer:** | **Office Coordinators Inc** | | | | Contact Person: | | Phone: 423-756-4531 | | |
| 34775 | OCI | | | | | | | | |
| | **Currency:** BASE Base Currency: | | | | | | | | |
| | 103-2-9600 | 9/12/2014 | 9/12/2014 | 0.00 | 2,216.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Currency Total: | | | 0.00 | 2,216.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Parent Total: | | | 0.00 | 2,216.48 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Customer:** | **Penn State University** | | | | Contact Person: | | Phone: 814-865-1402 | | |
| 34685 | P-1004 | | | | | | | | |
| | **Currency:** BASE Base Currency: | | | | | | | | |
| | written-davehurd | 8/4/2014 | 9/3/2014 | 0.00 | 0.00 | 0.00 | 38.00 | 0.00 | 0.00 |
| | Currency Total: | | | 0.00 | 0.00 | 0.00 | 38.00 | 0.00 | 0.00 |
| | Parent Total: | | | 0.00 | 0.00 | 0.00 | 38.00 | 0.00 | 0.00 |
| **Customer:** | **Phoenix Contract Company Inc.** | | | | Contact Person: | | Phone: 717-244-6873 | | |
| 34670 | P-1026 | | | | | | | | |
| | **Currency:** BASE Base Currency: | | | | | | | | |
| | 2368-1 | 7/28/2014 | 8/27/2014 | 0.00 | 0.00 | 0.00 | 590.64 | 0.00 | 0.00 |
| | Currency Total: | | | 0.00 | 0.00 | 0.00 | 590.64 | 0.00 | 0.00 |
| | Parent Total: | | | 0.00 | 0.00 | 0.00 | 590.64 | 0.00 | 0.00 |
| **Customer:** | **Pines at Clark Summit** | | | | Contact Person: | | Phone: 570-575-6806 | | |
| | **Penn View Suites** | | | | | | | | |
| 34821 | P-1068 | | | | | | | | |
| | **Currency:** BASE Base Currency: | | | | | | | | |
| | storage-5755 | 10/3/2014 | 10/3/2014 | 0.00 | 1,330.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Currency Total: | | | 0.00 | 1,330.07 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Parent Total: | | | 0.00 | 1,330.07 | 0.00 | 0.00 | 0.00 | 0.00 |

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| **Customer:** | P-1070 | Penn View Suites | | **Contact Person:** | | **Phone:** | 814-944-8354 | |
| **Currency:** | BASE | Base Currency: | | | | | | |
| 34692 | wrtten-scott6/12 | 8/1/2014 | 8/11/2014 | 0.00 | 6,421.52 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 6,421.52 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 6,421.52 | | | |
| **Parent:** | | | | | | | | |
| **Customer:** | PASTON | Paston/Rawleigh/Everett | | **Contact Person:** | | **Phone:** | 310-652-4060 | |
| **Currency:** | BASE | Base Currency: | Paston/Rawleigh/Everett | | | | | |
| 34719 | | 8/20/2014 | 8/20/2014 | 0.00 | 226.03 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 226.03 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 226.03 | | | |
| **Parent:** | | | | | | | | |
| **Customer:** | Pegasus | The Pegasus Group | | **Contact Person:** | | **Phone:** | 212-725-4777 | |
| **Currency:** | BASE | Base Currency: | The Pegasus Group | | | | | |
| 34712 | 5092 | 8/19/2014 | 9/18/2014 | | 4,238.33 | 0.00 | 0.00 | 0.00 |
| 34756 | 5095 | 9/3/2014 | 9/3/2014 | | 28,172.60 | 0.00 | 0.00 | 0.00 |
| 34758 | 5096 | 9/8/2014 | 10/8/2014 | | | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 32,410.98 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 32,410.98 | | | |
| **Parent:** | | | | 33,881.36 | | | | |
| **Customer:** | S-1016 | Stevens Institute of Technolog | | **Contact Person:** | | **Phone:** | 201-787-4222 | |
| **Currency:** | BASE | Base Currency: | Stevens Institute of Technolog | | | | | |
| 34699 | 16760 | 8/14/2014 | 9/13/2014 | 0.00 | 12,177.08 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 0.00 | 12,177.08 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | | 12,177.08 | | | |
| **Parent:** | | | | | | | | |
| **Customer:** | T-1038 | Tiffin University | | **Contact Person:** | | **Phone:** | 419-447-6442 | |
| **Currency:** | BASE | Base Currency: | Tiffin University | | | | | |
| 34794 | 15-142 | 9/19/2014 | 10/19/2014 | 1,443.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Currency Total: | | | | 1,443.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | 1,443.00 | 0.00 | | | |
| **Parent:** | | | | | | | | |
| **Customer:** | UPPERST | Upper St. Clair Twp. Library | | **Contact Person:** | | **Phone:** | 412-835-5540 ext 247 | |

# Mastercraft Specialties, Inc.

## Aged Receivables Report

Aged as of: 10/06/14 (By Invoice Date)

Date: 10/6/2014

Page: 8

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| **Customer: VASW** BASE Base Currency: **Vaswani, Inc.** | | | | | | | Contact Person: | Phone: 877-376-4425 |
| 34708 | 13588 | 8/18/2014 | 8/18/2014 | 0.00 | 7,272.00 | 0.00 | 0.00 | |
| Currency Total: | | | | 0.00 | 7,272.00 | 0.00 | 0.00 | |
| Parent Total: | | | | 0.00 | 7,272.00 | 0.00 | 0.00 | |
| **Customer: W-1037** BASE Base Currency: **Whalen, Berez Group** | | | | | | | Contact Person: | |
| 34822 | LNT-HANDBA | 9/30/2014 | 9/30/2014 | 10,183.50 | | | | |
| Currency Total: | | | | 10,183.50 | | | | |
| Parent Total: | | | | 10,183.50 | | | | |
| **Customer: W-1037** BASE Base Currency: **Whalen, Berez Group** | | | | | | | Contact Person: | Phone: 722-946-1078 |
| 34565 | sample-westover | 6/4/2014 | 6/4/2014 | | | 3,982.74 | | |
| 34693 | 2576A/1 | 8/11/2014 | 8/11/2014 | | | 72,878.75 | | |
| 34713 | 2576A/2 | 8/18/2014 | 8/18/2014 | | | 13,927.25 | | |
| 34748 | P02618A | 8/18/2014 | 8/18/2014 | | | | | 225.00 |
| Currency Total: | | | | 0.00 | 0.00 | 90,788.74 | 0.00 | 225.00 |
| Parent Total: | | | | 0.00 | 0.00 | 90,788.74 | 0.00 | 225.00 |
| **Customer: WDCRFT** BASE Base Currency: **Woodcraft Management Services** | | | | | | | Contact Person: | Phone: (814)555-5000 |
| 34744 CM | 8550 | 8/28/2014 | 8/28/2014 | | 50.00- | | | |
| 34648 | 8603 | 7/14/2014 | 8/28/2014 | | | 10,973.82 | | |
| 34651 | | 7/21/2014 | 9/4/2014 | | | 1,294.36 | | |
| 34662 | 9604 | 7/23/2014 | 9/6/2014 | | | 8,813.54 | | |
| 34663 | 8604 | 7/24/2014 | 9/7/2014 | | | 11,045.46 | | |
| 34664 | 8605 | 7/24/2014 | 9/7/2014 | | | 21,145.61 | | |
| 34665 | 7000 | 7/24/2014 | 9/7/2014 | | | 1,156.00 | | |
| 34666 | 7001 | 7/24/2014 | 9/7/2014 | | | 2,573.77 | | |
| 34667 | | 7/24/2014 | 9/7/2014 | | | 124.08 | | |
| 34672 | Jim | 7/29/2014 | 9/12/2014 | | | 4,123.71 | | |
| 34676 | 6606 | 7/31/2014 | 9/14/2014 | | | 8,772.14 | | |
| 34677 | 8606 | 7/31/2014 | 9/14/2014 | | | | | 225.00 |

# Mastercraft Specialties, Inc.

## Aged Receivables Report

Aged as of 10/6/14 (By Invoice Date)

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| 34678 | 9607 | 7/31/2014 | 9/14/2014 | | | 8,905.95 | | |
| 34679 | 6907 | 7/31/2014 | 9/14/2014 | | | 1,722.88 | | |
| 34680 | 8607 | 7/31/2014 | 9/14/2014 | | | 7,675.95 | | |
| 34681 | 8608 | 7/31/2014 | 9/14/2014 | | | 13,639.98 | | |
| 34689 CM | 9604 | 8/8/2014 | 8/8/2014 | | 65.35- | | | |
| 34709 | 48409 | 8/18/2014 | 10/2/2014 | | 9.18 | | | |
| 34710 | 48420 | 8/18/2014 | 10/2/2014 | | 15.66 | | | |
| 34711 | Zach | 8/19/2014 | 10/3/2014 | | 126.09 | | | |
| 34714 | 9609 | 8/19/2014 | 10/3/2014 | | 5,135.53 | | | |
| 34715 | 8609 | 8/19/2014 | 10/3/2014 | | 12,690.11 | | | |
| 34716 | 8610 | 8/19/2014 | 10/3/2014 | | 13,782.94 | | | |
| 34720 | 7001A | 8/20/2014 | 10/4/2014 | | 172.49 | | | |
| 34721 | 48365 | 8/20/2014 | 10/4/2014 | | 117.28 | | | |
| 34722 | 48369 | 8/27/2014 | 10/11/2014 | | 199.85 | | | |
| 34745 | 48321 | 8/27/2014 | 10/11/2014 | | 89.25 | | | |
| 34750 | 8611 | 9/2/2014 | 10/17/2014 | | 17,146.19 | | | |
| 34751 | 9613 | 9/2/2014 | 10/17/2014 | | 153.79 | | | |
| 34752 | 8613 | 9/2/2014 | 10/17/2014 | | 1,686.90 | | | |
| 34759 | 6612 | 9/8/2014 | 10/23/2014 | 324.74 | | | | |
| 34760 | 9612 | 9/8/2014 | 10/23/2014 | 8,352.33 | | | | |
| 34761 | 8612 | 9/8/2014 | 10/23/2014 | 8,947.84 | | | | |
| 34762 | Zach | 9/9/2014 | 10/24/2014 | 48.16 | | | | |
| 34766 | Verbal | 9/10/2014 | 10/25/2014 | 204.13 | | | | |
| 34767 | REQ 48453 | 9/10/2014 | 10/25/2014 | 19.91 | | | | |
| 34768 | 48312 | 9/10/2014 | 10/25/2014 | 85.95 | | | | |
| 34769 | Req 48409 | 9/10/2014 | 10/25/2014 | 14.68 | | | | |
| 34787 | Zach | 9/17/2014 | 11/1/2014 | 70.59 | | | | |
| 34791 | 9613 | 9/17/2014 | 11/1/2014 | 5,883.69 | | | | |
| 34792 | 8613 | 9/17/2014 | 11/1/2014 | 13,702.35 | | | | |
| 34793 | 8614 | 9/18/2014 | 11/2/2014 | 13,427.64 | | | | |
| 34799 | 48408 | 9/24/2014 | 11/8/2014 | 128.00 | | | | |
| 34800 | 48430 | 9/24/2014 | 11/8/2014 | 96.00 | | | | |
| 34801 | REQ 48504 | 9/24/2014 | 11/8/2014 | 45.86 | | | | |

| Invoice | Purchase Order | Inv Date | Due Date | Future | Over 30 | Over 60 | Over 90 | Over 120 |
|---|---|---|---|---|---|---|---|---|
| 34804 | REQ 48497 | 9/25/2014 | 11/9/2014 | 61.35 | | | | |
| 34812 | REQ 48509 | 9/29/2014 | 11/13/2014 | 144.63 | | | | |
| 34813 | REQ 48535 | 9/29/2014 | 11/13/2014 | 80.52 | | | | |
| 34814 | REQ 48536 | 9/29/2014 | 11/13/2014 | 24.89 | | | | |
| 34816 | REQ 48555 | 9/26/2014 | 11/10/2014 | 97.22 | | | | |
| 34819 | 48514 | 10/3/2014 | 11/17/2014 | 41.68 | | | | |
| Currency Total: | | | | 204,979.28 | 51,802.14 | 101,967.25 | 0.00 | 0.00 |
| Parent Total: | | | | 204,979.28 | 51,802.14 | 101,967.25 | 0.00 | 0.00 |
| Parent: The Wells Group | | | | | | | | |
| Customer: WELLSGRP The Wells Group | | Contact Person: | | | | | Phone: 800-935-5754 | |
| Currency: BASE Base Currency: | | | | | | | | |
| 34796 | 21-122-9857 | 9/22/2014 | 9/22/2014 | | 1,475.04 | | | |
| Currency Total: | | | | 0.00 | 1,475.04 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | 0.00 | 1,475.04 | 0.00 | 0.00 | 0.00 |
| Parent: York College of Pennsylvania | | | | | | | | |
| Customer: Y-1000 York College of Pennsylvania | | Contact Person: | | | | | Phone: 717-815-1257 | |
| Currency: BASE Base Currency: | | | | | | | | |
| 34742 | P0000489 | 8/26/2014 | 9/25/2014 | | 9,040.39 | | | |
| Currency Total: | | | | 0.00 | 9,040.39 | 0.00 | 0.00 | 0.00 |
| Parent Total: | | | | 0.00 | 9,040.39 | 0.00 | 0.00 | 0.00 |
| Report Total: | | | | 652,475.44 | 151,674.21 | 350,526.81 | 143,829.38 | 6,445.04 |



# Invoice

178 Campbell Street
Williamsport, PA 17701
Phone: (570) 326-9156
Fax: (570) 326-0131
http://www.hermance.com

**Date:** 3/24/2014
**Invoice #:** PINV-01425

**Terms:** null
**Order #:** SO-1038117
**PO #:** 14349
**Contact Email:** joelpersing@mastercraftspecialties.com
**Contact:** Joel Persing
**Customer Phone:** (717) 244-8508
**Customer Fax:** (717) 244-9483

**Bill To**

Mastercraft Specialties Inc
800 Maple St
Red Lion PA 17356-0071
United States

**Ship To**

Mastercraft Specialties Inc
800 Maple St
Red Lion PA 17356-0071
United States

| Qty | Item | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 2 | TS08 | TigerStop 08. Working length 8', overall length 10'. Includes: Controller with Stand Controller Cable Linear Positioner Stop equipped with T-slots for accessory attachments Standard Interconnect Kit Installation Hardware Quick Reference Cards One Year Bumper-to-Bumper Warranty | 6,165.00 | 12,330.00 |
| 2 | BF | Back fence, 6' section, includes hardware | 130.00 | 260.00 |
| 2 | BRRL | Back rule, right to left reading, attaches to BF | 100.00 | 200.00 |
| 2 | OPT | TigerOptimizer / Visual Optimizer for XP, SET, touch screen interface, TM, TG | 1,295.00 | 2,590.00 |
| 1 | T50350 | Omga Miter Chop Saw 14". 3 HP motor, 3 phase 230/460 volt; S/N 8271 | 3,579.00 | 3,579.00 |
| 1 | MEC300ST | Omga MEC300ST Miter Saw. 12 Inch blade, 2.2 HP 230V 3 Phase brushless motor. S/N 704780 | 2,283.00 | 2,283.00 |
| 1 | | Freight-All Equipment | 425.00 | 425.00 |

| | |
|---|---|
| **Subtotal** | $21,667.00 |
| **Pct. Due** | null |
| **Total** | $null |

Page 1 of 1

5- Vorwood A112 S/N 2528, 1998, 1997, 1967, 1956.
1- Ritter Boring Machine S/N 1358.
1- Meplamat Boring Machine S/N 04395.
1- Omega Mitre Saw T50350RPUS S/N 01-301113
5- Weaver Shaper Model 2736. S/N 971415, 973725, 955053, 9959934.

1- Hurst Drilling Machine S/N 1611970303
1- Kaesar Screw Air Compressor Model BSD50, S/N SK111611002.
1- Holzher Accord 1466V Edge Bander #109/0-310. 14- Steel 16' Tall Racking Uprights
80- Steel 9' Cross Members for 16' Racking Uprights
9- Steel 18" tall racking uprights
32- Uprights

15- Steel "A" Frame carts
8- 18x36x30h steel multipurpose cart.
2- Drying racks
2- 4x9 wood constructed build table
1- 4x4 wood constructed swivel trim table
1- 4x8 wood constructed A stand for doors

1- cutting wheels
1- F-3000 Fletcher Repair kit
1- 00-307852
1- 741001/5
1- Stegherr KF-Mini Mullion Machine #93/0302-1

**Mastercraft Specialties**
800 Maple Street
Red Lion, PA 17356

| Manufacture | Model | Serial # | Date | Asset # | Description | Auction Bring |
|---|---|---|---|---|---|---|
| Powermatic | 701 | K001504 | | | Work Bench | $150 |
| | | | | | Mortiser | $100 |
| Northfield | GS | 75254-B | | | Pallet Jack: 2500 Lb Cap | $125 |
| | | | | | 32" Bandsaw | $1,000 |
| Rockwell | S-655 | 1809357 | | | Binks Pressure Pot & Gun | $100 |
| Tannewitz | U | 15695 | | | 15" Drill Press: Variable Speed | $200 |
| Delta | | | | | Table Saw w/ Biesemyer Fence | $750 |
| Dewalt | GA | 22634 | | | 3-Roll Power Feeder | $100 |
| Porter | 105 | | | | 14" Radial Arm Saw | $350 |
| Root | D-150 | | | | Shaper | $250 |
| Onsrud | W-240 | 3633 | | | Horizontal Borer: 2-Spindle | $300 |
| Blount | Patternworker | | | | Router | $150 |
| | | | | | Lathe | $500 |
| Wysong & Miles | 604 | | | | Edgesander | $750 |
| JKO | HM4 | 3227 | | | Clamp Carrier: 6-Section | $1,500 |
| | | | | | Hauncher | $1,500 |
| | | | | | Pallet Jack | $100 |
| Tannewitz | XJ | 15933 | | | Table Saw w/ Holz Her Feeder | $1,500 |
| Porter | 300 | | | | 12" Jointer | $1,500 |
| Wysong & Miles | 315 | ES1-487 | | | Edge Sander | $500 |
| Central/Wysong & Miles | 604 | ECS4393-01R | | | Edge Sander | $1,500 |
| Dodds | SE-15S | D94070-166 | | | Dovetailer | $8,500 |
| State | | TA485 | | | Tilting Spindle Sander | $500 |
| Root | CH | | | | Vertical Borer | $500 |
| Murphy Rodgers | MRT-9A | 2411 | | | Dust Collector | $300 |
| | | | | | Clamp Carrier: 6-Section | $350 |
| SCMI | F150 | | | | Pallet Jack: 2500 Lb Cap | $1,500 |
| Desoutter | | | | | Shaper w/ Universe 4-Roll Feeder | $125 |
| | | | | | 2-Spindle Drill | $3,000 |
| Tannewitz | U | 12243 | | | Table Saw w/ Univer 4-Roll Feeder | $750 |
| | | | | | | $1,200 |

| Manufacturer | Model | Serial No. | Year | Description | Price |
|---|---|---|---|---|---|
| Koke | | | | Pallet Jack | $100 |
| Wysong & Miles | 604 | | | Edge Sander | $1,000 |
| Custom | | E0S1-228 | | Balloon Sanders (Qty 2) | $200 |
| Wysong & Miles | 291-L | BS4-115 | | Stroke Sander | $300 |
| AEM | 604-52 HD | TS-7262800 | | Pallet Jack | $100 |
| Metzger | | | | 51" 4-Head Wide Belt Sander | $7,500 |
| Presto/Lee | | | | Inspection Light | $100 |
| WMC | RF-115 | 357781 | | Scissor Lift 1500 Lb Cap | $350 |
| Grizzly | G-1063 | 910466 | | Horizontal Metal Bandsaw | $125 |
| Tennant | 6100 | 6100-2469 | | 8" Grinder | $50 |
| Handy | | | | Electric Floor Sweeper | $750 |
| Root | D-200 | | | Case Clamp | $100 |
| Root | CH 311 | | | Horizontal Borer; 48" cap. 4-Spindle, Hydraulic | $300 |
| Rye | J-2 | 294 | | Vertical Borer | $200 |
| Root | D-170 | 7146 | | Double Table 5-Head Mortiser | $750 |
| Powermatic | U | 9415SV124 | | Horizontal Borer | $300 |
| Gardner Denver | 115 | U84417 | | 15" Drill Press | $150 |
| Zeks | EBMSKE | 487699 | 1979 | Air Compressor: 60 hp | $6,300 |
| Craftsman | 250HSGA500 | | | Air Dryer | $750 |
| Delta/Rockwell | 15-660 | 1376615 | | 10" Radial Arm Saw | $50 |
| Immes | IM-5P | 0472/232 | | 15" Drill Press | $100 |
| Dewalt | 7790 | 2203 | 2011 | V-Nailer | $1,750 |
| Tannewitz | W-244-E | 72089 | | 12" Radial Arm Saw | $150 |
| Onsrud | TSM-21 | 7037 | | Table Saw w/ Biesemyer Fence | $750 |
| Castle | | | | Router | $125 |
| Onsrud | W-240 | 63748 | | Pocket Borer | $2,500 |
| Ekstrom Carlson | | 3939 | | Router | $125 |
| Ryobi | 444 | 104238927 | | CNC Router (Out of Service) | $0 |
| | | | | Miter Saw | $50 |
| Porter | 205 | | | Barrel Top Shop Vacuum | $50 |
| Yate American | | | | Double Spindle Shaper w/ 4-Roll Feeder | $500 |
| Delta | | | | Shaper | $100 |
| | | | | 10" Unisaw | $350 |
| Bacci | TSD-E | 552 | 1998 | Hopper Feeder Double Side European Tenoner | $17,500 |
| Tannewitz | GH | 6106 | | 36" Bandsaw | $750 |

| Manufacturer | Model | Serial | Year | Description | Value |
|---|---|---|---|---|---|
| Baxter Whitney | 139 | 12876 | | Double Spindle Shaper | $500 |
| Caterpillar | GDC15K | A131000755 | | Forklift: 2850 Lb Cap, LP Gas, 3-Stage Mast, Sideshift | $3,500 |
| Rockwell | | 939566 | | 15" Drill Press | $100 |
| Handy | | | | End Clamp | $100 |
| Dynaseal/Travaini | TRO 260500-14 | 4071-99 | | Vacuum Pump | $4,000 |
| Gardner Denver | | | | Oil/Water Separater | $150 |
| Travaini | TRO500S-1A | 26153-05 | | Vacuum Pump | $4,000 |
| Gardner Denver | EBE99K | S075481 | | Down Draft Sanding Table | $300 |
| | | | | Air Compressor | $300 |
| | | | | Receiving Tank | $2,500 |
| Zeks | | | | Air Dryer (Cartridge Type) | $300 |
| T & S Equipment | WL-100-10-8' x 8' | 055664 | | Scissor Lift: 10,000 Lb Cap | $350 |
| Northwood | CS285 | 10229 | 2005 | CNC Router: Twin Table 5ft x 8ft each, (2) Routers, (2) Tool Changers, (12) Position, vertical & Horizontal Boring, Groover | $3,500 |
| Fanuc | 210i-MB | | | Controller | $75,000 |
| Komo | VR-1005TT Mach II / 31005TT | 31312-03-01-00 | 2000 | CNC Router: (2) 5ft x 5ft Tables, (2) Routers, (2) 12-Position Tool Changer, Vertical & Horizontal Boring | $45,000 |
| Crown | | | | Pallet Jack | $100 |
| A & B | 503 | | | Automatic Shaper | $1,250 |
| Dewalt | GA | | | 12" Radial Arm Saw | $150 |
| Dewalt | GE | | | Radial Arm Saw | $125 |
| Jenkins | 145 | 1231 | | Double End Tenoner: Cut-off, Scoring, Top & Bottom Tenon, High Speed Cope, Jump Dado | $3,500 |
| Weinig | Unimat 23 | 023-358 | 1992 | 6-Spindle Moulder: Hopper Feed, B,R,L,T,T,B | $20,000 |
| Taylor | | T/887 | | 40-Section Clamp Carrier, (8) Clamps per Section, Automatic | $7,500 |
| Taylor | | | | Slat Bed Glue Spreader: 20" (Qty of 2) | $1,500 |

| Manufacturer | Model | Serial/ID | Description | Value |
|---|---|---|---|---|
| Taylor | | | 40-Section Calmp Carrier: (6) Clamps per Section, 4" high Jaws, Automatic, 8 1/2' | $5,000 |
| Baxter Whitney | 29A | 15085 | 36" Planer | $750 |
| Diehl | 750 | 522018 | Straightline Rip Saw | $2,000 |
| Diehl | 750 | 562408 | Straightline Rip Saw | $2,000 |
| Kaeser | BSV100 | | Low Speed Vertical Wood Grinder | $10,000 |
| Scientific | | | Vacuum Pump (Out of Service) | $2,000 |
| Dodds | GP-34 | GP 95004-316 | Dust Collector | $3,500 |
| Dodds | GP-34 | | Gluer | $500 |
| Whirlwind | 700 | | Gluer | $500 |
| New York | | | Spindle Sander | $300 |
| Whirlwind | 1000 | | Blower Relay Fan | $100 |
| | | | Upcut Saw | $150 |
| | | | Fequency Changer | $125 |
| Scientific | | | Pallet Jack | $75 |
| John Deere | 125 | | Dust Collector (Qty 2) | $0 |
| Kubota | | | Lawn Tractor | $350 |
| Wayne | 6408-3HC | MD 5176 | Mowing Deck Attachment | $125 |
| Oliver | 2071 | 205628 | Air Compressor: 10 Hp | $200 |
| | | | Double Sided Planer | $5,000 |
| Porter | | | Pallet Jack | $75 |
| | | | Hydra Cut Saw | $75 |
| Hytrol | | | Rotary Table: 10ft | $0 |
| Graco | | | Incline Motorized Belt Conveyor | $150 |
| | | | Pneumatic Pump | $125 |
| Caterpillar | GPL | AT29A-00063 | Forklift: 9000 Lb Cap, LP Gas, 3-Stage Mast, Side Shift | $12,000 |
| Industrial | 500 | | 12" Upcut Saws (Qty 3), Hytrol Motorized Belt Conveyor (6ft wide x 20' 6"w/ Roller Infeed Tables and Stop Bars | $2,000 |
| Barr Mullin/ Mereen Johnson | | | Gang Rip Saw Line: (5) Strand Chain Deck, (153" wide x 18ft long),Roller Outfeed Conveyor (36" wid e x 19ft long) | |
| Mereen Johnson | 424 | | Gang Rip Saw | $20,000 |

| Manufacturer | Model | Part No. | Description | Price |
|---|---|---|---|---|
| Barr Mullin | Compu-Rip | | Laser Positioning System: (5) Chain Infeed Deck (153" wid ex 11ft long), Lateral Feed Infeed Conveyor | |
| Ecco | | | Scissor Lift: 48" x 144" | $2,500 |
| | | | Banding Cart & Tools | $100 |
| Challenger Type | | | Horizontal Grinder w/ Vibrating Conveyor: 50 hp | $10,000 |
| | | | Factory Carts (Approx 500) | $25,000 |
| | | | Hand Tools: Pipe & Bar Clamps Throughout Building | $5,000 |
| Crown | | | **Second Floor** | |
| Crown | | | Pallet Jack | $125 |
| Dodds | C-36 | C-8975-256 & C950745-216 | Pallet Jack | $25 |
| | | | Drawer Clamps (Qty 2) | $7,000 |
| Uhling | HP 3000 | | Pallet Jack | $100 |
| Wysong & Miles | 315 | | Case Clamps (Qty 2) | $5,000 |
| | | | Edge Sander | $350 |
| Bishamon | | | Gravity Roller Conveyor | $300 |
| Rhodes | | | Time Clocks (Qty 2) | $100 |
| | | | Pallet Jack | $125 |
| | | | Finishing Line | |
| | | | Towline | |
| | | | (5) Spray Booths | $2,500 |
| | | | Flash-Off Oven | |
| Graco | President | | Gravity Roller Conveyor (Approx 13ft) | $400 |
| | | | Pump | $125 |
| | | | Interior Dust Collector: (6) Barrel, Upper Filter Bags (Out of Service) | $450 |
| Dubois | | | UV Finishing Line: Panel Cleaning Brush, 48" single Head Roll Coater, (2) Lamp UV Oven, Denibber, Panel Cleaner, Roll Coater, (2) Lamp UV Oven | $12,500 |
| | | | Electric Scissor Pallet Jack (Qty 2) | $400 |
| | | | Spray Booth w/ Graco Pump | $300 |
| | | | Pallet Jack | $75 |
| | | | Flammable Cabinets (Qty 2) | $250 |

| Brand | Model | Serial No. | Year | Description | Value |
|---|---|---|---|---|---|
| Lancaster | | | | Spray Booth w/ Pressure Pot | $300 |
| | | | | Pallet Jack | $75 |
| | | | | Case Clamp | $100 |
| Handy | | | | Barrel Tip Shop Vac | $50 |
| | | | | Case Clamp | $100 |
| | | | | Pallet Jack | $100 |
| **Paint Room** | | | | | |
| Toledo | 555L | | | Chain Hoists w/ Barrel Tipper | $150 |
| Better Pak | | | | Scale | $75 |
| | | | | Taper | $50 |
| **214 North Franklin Street** **Red Lion, PA 17356** | | | | | |
| IDM | | 10793378 | | Contour Edge Bander | $500 |
| Quincy | CMA 60WCW2H | 74461 | | Air Compressor: 60 Hp | $5,000 |
| Airtak | D-320-A | 98-08-016 | | Air Receiving Tank | $300 |
| Black Brothers | | 2455-6 | | Air Dryer | $750 |
| | | | | 26" Glue Spreader: Bottom Adjust | $500 |
| | | | | (2) Veneer Presses (Fire Hose Design) Bending Press, 39" x 62" Cap, 8ft Opening, Electric Heat | $1,000 |
| | | | | Cold Press | |
| | | | | Pallet Jacks (Qty 2) | $300 |
| | | | | Electric Pallet/Scissor Jack | $200 |
| | | | | Shaper | $200 |
| Porter Cable | | | | Vertical Router Jig | $400 |
| Custom | | | | Router Jig | $50 |
| C.R. Onsrud | 36210 | 9236673 | 1992 | Inverted Router | $50 |
| Bridgewood | | | | Dust Collector (Qty 2), (1) Filter Unit | $2,000 |
| | | | | 36" Bandsaw | $250 |
| Delta/Rockwell | | | | Radial Arm Saw | $300 |
| Root | CH | | | Vertical Borer | $200 |
| Delta | 15-331 | 28871510 | | 15" Drill Press: Variable Speed | $250 |
| General | 340 | G10217 | | 15" Drill Press | $150 |
| Delta | | | | Ribbon Sander | $100 |
| Factory Cat | HD | | | Floor Sweeper: Electric | $325 |

| Make | Model | Serial No. | Description | Price |
|---|---|---|---|---|
| Delta | | | Shaper | $75 |
| | | | Benchtop Drill Press | $25 |
| | | | Pallet Jack | $100 |
| Craftsman | | | 10" Table Saw | $50 |
| Bishamon | | | Manual End Clamp | $50 |
| Sandrite | | | Pallet Jack | $125 |
| Grizzly | | | Grind & Polish Machine | $75 |
| Delta | | | Dust Collector (Qty 2), (2) Filter Bags | $250 |
| Rockwell | 6 x 48" | | 14" Bandsaw | $200 |
| | | | Belt Sander | $150 |
| Oakley | D | | Air Compressor: 5 Hp, Out of Service | $200 |
| Ridgid | | 882 | Stroke Sander | $500 |
| Onsrud | 3025 | 30015 | Sliding Arm Miter Saw | $150 |
| Custom | | | Inverted Router | $750 |
| Whirlwind | 855 | | Vertical Balloon Sander | $75 |
| Onsrud | W-240 | 2349 | Double Sided Edge Sander | $1,500 |
| Root | D-170 | | Router | $100 |
| | | | Horizontal Borer | $300 |
| Delta | Unisaw | | Table Saw Unifence and Excaliber Guard | $325 |
| Bridgewood | BW-750BR | | Router | $500 |
| Onsrud | W244 | | Router | $200 |
| Orbit | OR1458 | 4560 | Drill Press | $100 |
| Walker Turner | | | 14" Bandsaw | $100 |
| Murphy Rodgers | MRT-5A | 1322 | Dust Collector | $250 |
| Tannewitz | Unisaw | 10555 | Table Saw | $750 |
| | | | Barrel Top Dust /Shop Vacuum | $50 |
| Grass | | | Hinge Borer & Inserter | $300 |
| Weeke | BHC-280 3/12 | 0-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 | CNC Machine: (1) Router w/ (8) Position Tool Changer, Vertical & Horizontal Boring, Grooving Saw, Nash-Elmo Vacuum Pump | $25,000 |
| Crown | | | Pallet Jack | $100 |
| Uni-Point | | | Radial Arm Saw | $300 |
| Bridgewood | | | Edge Sander | $150 |
| Schelling | FM-330 | 202.039  1995 | CNC Panel Saw: Front Loading | $7,500 |
| | | | Scissor Lift: 4000 Lb Cap | $750 |

| Manufacturer | Model | Serial | Year | Description | Value |
|---|---|---|---|---|---|
| Caterpillar | P30D | 5GB4289 | | Forklift: 3000 Lb Cap, LP Gas, Sideshift, 3-Stage Mast | $2,500 |
| Schelling | FM-H330/310 | 203-209 | 2006 | CNC Panel Saw: Rear Loading | $35,000 |
| Sweed | | | | Scrap Chopper | $250 |
| Caterpillar | GPL40 | 1CM03071 | | Forklift: 9000 Lb Cap, LP Gas, 2-Stage Mast, Side Shift | $13,500 |
| Crown | | | | Pallet Jack | $100 |
| Biesse/Polymac | Akron 246 | 66359 | 2006 | Edgebander: Cut-off, Top & Bottom Trim, Corner Rounding, Scraping, Buffing | $30,000 |
| Doucet | BT-2036 | | | Return Conveyor | |
| Olimpic | Nova 5 | AH/002812 | 1997 | Edgebander w/ Return Conveyor | $0 |
| Marbel | | | | Laminate Slitter | $300 |
| KEI | | | | Dust Collector | $250 |
| Tannewitz | XJ | | | Table Saw | $500 |
| Marbel | PR-6 | 9312 | | Pinch Roller | $1,000 |
| Crown | | | | Pallet Jack | $125 |
| Ekstrom Carlson | 18 | | | Pump Sander | $150 |
| Delta | | | | Belt Sander: 6' x 48" | $150 |
| | | | | Button Presses (Qty 3) | $0 |
| Delta | | | | 6" Jointer | $25 |
| Hitachi | C10FCH2 | C290575 | | Miter Saw | $75 |
| Castle | TSM-21 | | | Pocket Borer | $2,500 |
| | | | | Pallet Jack | $75 |
| | | | | Inspection/Work Light | $50 |
| | | | | Clamp Carriers (Qty 2) | $1,000 |
| | | | | Misc Hand Tools, Clamps, Cordless Tools | $1,500 |
| | | | | TOTAL: | $529,800 |

**Mastercraft Office Equipment & Furniture Values (Estimated)**

**Office Equipment**

**Computers/Moniter & Keyboards**

| | | | | |
|---|---|---|---|---|
| Dell | 9 | office | 400 | 3,600.00 |
| Dell | 9 | Data Collec | 350 | 3,150.00 |
| Dell | 1 | lap top | 500 | 500.00 |
| Servers | 2 | | 2000 | 4,000.00 |
| Routers & Network | 2 | | 750 | 1,500.00 |
| Photograhy Equipment | Various | | | 2,000.00 |

**Printers**

| | | | |
|---|---|---|---|
| HP Laser Jet P2015 | 1 | 750 | 750.00 |
| Lenmark | 1 | 750 | 750.00 |
| HP Laser Jet 5740 | 1 | 750 | 750.00 |
| HP Laser Jet 5R4015 | 1 | 750 | 750.00 |
| **Filing cabinets** | 35 | 75 | 2,625.00 |

| | | | |
|---|---|---|---|
| **Desk** | 11 | 100 | 1,100.00 |
| **Desk chairs** | 11 | 25 | 275.00 |
| **Conference table** | 1 | 250 | 250.00 |
| **Chairs** | 14 | 50 | 700.00 |
| **Bookcase** | 6 | 50 | 300.00 |
| **Sofa** | 2 | 150 | 300.00 |
| | | | 23,300.00 |

In re   **Mastercraft Specialties, Inc.**                                    ,   Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** | X | - | UCC-1 filed 4/30/2014 (#2014050204229)<br>**Purchase money security interest**<br><br>**Purchase money security interest in specific equipment/3rd lien on all corporate assets (UCC-1 filed as Corporation Service Company)**<br>Value $ **2,582,127.02** | | | | **68,649.00** | **0.00** |
| Account No. 002-0050417-001<br><br>**First Sound Capital**<br>**925 4th Avenue**<br>**Suite 2350**<br>**Seattle, WA 98104** | X | - | UCC-1 filed 1/21/2014 (#2014012103394)<br>**Purchase money security interest**<br>**Unique Model 250GT2 Original Door Machine SN: 1587120250GT2**<br>**Doucet SDM Miter Door/Framing Assembly System SN: N2009-06-260**<br>**Subject to purchase money security interest in favor of First Sound Bank**<br>Value $ **22,000.00** | | | | **25,860.22** | **3,860.22** |
| Account No. 002-0050417-002<br><br>**First Sound Capital**<br>**925 4th Avenue**<br>**Suite 2350**<br>**Seattle, WA 98104** | X | - | UCC-1 filed 5/16/2014 (#2014052002261)<br>**Purchase money security interest**<br>**Machinery and equipment purchased from Hermance Machine Company**<br>**3/24/14 - See attached list**<br>**Subject to purchase money security in favor of First Sound Bank #7002**<br>Value $ **15,000.00** | | | | **19,438.87** | **4,438.87** |
| Account No. 242-0001<br><br>**Members First FCU**<br>**5000 Louise Drive**<br>**P.O. Box 40**<br>**Mechanicsburg, PA 17055** | | - | **Purchase Money Security**<br><br>**2007 Ford Commercial truck**<br><br>Value $ **5,000.00** | | | | **1,437.00** | **0.00** |

____1____  continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **115,385.09** | **8,299.09** |

In re    **Mastercraft Specialties, Inc.**                                    ,    Case No. _____
_____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4044550**  <br><br>**Metro Bank**  <br>**3801 Paxton Street**  <br>**Harrisburg, PA 17111** | X | - | **2013**  <br><br>**Security interest in all corporate assets**  <br><br>**Fifth lien on all corporate assets** | | | | | |
| | | | Value $             2,517,127.02 | | | | 423,682.00 | 0.00 |
| Account No. **4156888**  <br><br>**Metro Bank**  <br>**3801 Paxton Street**  <br>**Harrisburg, PA 17111** | X | - | **2013**  <br><br>**Security interest in all corporate assets**  <br><br>**Fourth lien on all corporate assets** | | | | | |
| | | | Value $             2,517,127.02 | | | | 181,700.00 | 0.00 |
| Account No. **4048288**  <br><br>**Metro Bank**  <br>**3801 Paxton Street**  <br>**Harrisburg, PA 17111** | X | - | **UCC-1 filed 2/12/2013 (#2013021303006)**  <br><br>**Line of Credit**  <br><br>**First lien on all corporate assets** | | | | | |
| | | | Value $             2,517,127.02 | | | | 264,976.00 | 0.00 |
| Account No. **4048395**  <br><br>**Metro Bank**  <br>**3801 Paxton Street**  <br>**Harrisburg, PA 17111** | X | - | **UCC-1 filed 2/12/2013 (#2013021303006)**  <br><br>**Line of Credit**  <br><br>**Second lien on all corporate assets** | | | | | |
| | | | Value $             2,517,127.02 | | | | 800,000.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to  
Schedule of Creditors Holding Secured Claims

|  | Subtotal  <br>(Total of this page) | 1,670,358.00 | 0.00 |
|---|---|---|---|
|  | Total  <br>(Report on Summary of Schedules) | 1,785,743.09 | 8,299.09 |

In re  **Mastercraft Specialties, Inc.**                                    , Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

__0__ continuation sheets attached

In re   **Mastercraft Specialties, Inc.**
_____,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A-1 Alarms** <br> **PO Box 391** <br> **Owing Mills, MD 21117** | - | | 6/30/2014 <br> **fire alarm service** | | | | 95.40 |
| Account No. <br><br> **Abex** <br> **Two Vulcan** <br> **Red Lion, PA 17356** | | | 1/1-7/25/14 <br> **sub contractor - welding** | | | | 4,791.00 |
| Account No. 162492-264A <br><br> **ABF Freight** <br> **PO Box 1019** <br> **New Kingston, PA 17072** | - | | 6/16/2014 <br> **freight** | | | | 3,361.00 |
| Account No. 22875 <br><br> **AC Furniture Co In** <br> **PO Box 200** <br> **Axton, VA 24054** | - | | 6/14-8/31/14 <br> **inventory purchase** | | | | 94,032.75 |

__30__ continuation sheets attached

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | 102,280.15 |

In re  **Mastercraft Specialties, Inc.** _____ ,     Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2448508** <br><br>**Accessible Construction** <br>**4275 Hunting Creek Road** <br>**Huntington, MD 20639** | | - | | 7/1/2014 <br>inventory purchase | | | | 3,429.55 |
| Account No. **23811** <br><br>**Adams Wood Products** <br>**PO Box 728** <br>**Morristown, TN 37815** | | - | | 5/19/2014 <br>inventory purchase | | | | 2,434.40 |
| Account No. **1053161** <br><br>**Airgas Safety Inc** <br>**PO Box 915884** <br>**Dallas, TX 75395** | | - | | 4/21/2014 <br>inventory purchase | | | | 640.83 |
| Account No. **40399** <br><br>**Arbill Safety Products** <br>**PO Box 820542** <br>**Philadelphia, PA 19182** | | - | | 7/1/14-8/31/14 <br>inventory purchase | | | | 177.84 |
| Account No. <br><br>**ASL Services** <br>**2536 Eastern Blvd** <br>**#130** <br>**York, PA 17402** | | - | | 14-Apr <br>professional services | | | | 311.68 |

Sheet no. __1___ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 6,994.30 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re **Mastercraft Specialties, Inc.** _____ ,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Atlas Rubber Stamp & Printing**<br>**3755 East Market Street**<br>**PO Box 3216**<br>**York, PA 17402** | - | | 6/20/2014<br>inventory purchase | | | | 392.07 |
| Account No.<br><br>**Atlas Van Lines Inc**<br>**PO Box 952340**<br>**St Louis, MO 63195** | - | | 1/14-8/31/14<br>freight | | | | 5,528.79 |
| Account No.<br><br>**Aurands Machinery & Automation**<br>**PO Box 303**<br>**Middleburg, PA 17842** | - | | 6/9-7/15/14<br>machine repairs | | | | 5,317.63 |
| Account No.<br><br>**Autumn House**<br>**1206 Premier Road**<br>**Granite Falls, NC 28630** | - | | 2/25/2014<br>inventory purchase | | | | 783.18 |
| Account No.<br><br>**Baillie Lumber Co.**<br>**4002 Legion Drive**<br>**P.O. Box 6**<br>**Hamburg, NY 14075** | - | | 2014<br>Trade debt | | | | 30,737.35 |

Sheet no. _2_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  42,759.02

In re **Mastercraft Specialties, Inc.** ,  Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Bisson Transportation**<br>**PO Box 380**<br>**West Hempstead, NY 11552** | - | | | 5/9/2014<br>freight | | | | 750.00 |
| Account No. **130867**<br><br>**Blue Linx Corporation**<br>**PO Box 536455**<br>**Atlanta, GA 30353** | - | | | 6/2/2014<br>inventory purchase | | | | 6,435.00 |
| Account No.<br><br>**Bortner Brothers**<br>**160 Crossway Drive**<br>**York, PA 17402** | - | | | 3/21/2014<br>sub contractor - building | | | | 8,582.23 |
| Account No.<br><br>**Brad Felsner Associates**<br>**15503 Hanover Street**<br>**Fraser, MI 48026** | - | | | 7/7/14, 7/21/14<br>sales rep commission | | | | 452.00 |
| Account No.<br><br>**Business Card**<br>**PO Box 15796**<br>**Wilmington, DE 19886** | - | | | 4/5/14-8/31/14<br>credit card | | | | 24,539.41 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,758.64

In re  **Mastercraft Specialties, Inc.**
_____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **C1218729**<br><br>**C. H. Robinson**<br>**PO Box 9121**<br>**Minneapolis, MN 55480** | - | | | 7/9/14-8/21/14<br>freight | | | | 30,712.00 |
| Account No.<br><br>**Timothy W. Fafinski, Esq.**<br>**Corporate Counsel, P.A.**<br>**3411 Brei Kessel Road**<br>**Independence, MN 55359** | | | | Representing:<br>C. H. Robinson | | | | **Notice Only** |
| Account No. **528500**<br><br>**C.H. Briggs**<br>**PO Box 15188**<br>**Reading, PA 19612** | - | | | 5/1-8/22/14<br>inventory purchase | | | | 38,645.36 |
| Account No.<br><br>**C.H. Reed**<br>**301 Poplar Street**<br>**Hanover, PA 17331** | - | | | 6/6/14-7/22/14<br>equipment repairs | | | | 1,375.66 |
| Account No.<br><br>**C.S. Davidson, Inc**<br>**38 N Duke Street**<br>**York, PA 17401** | - | | | 4/16/2014<br>sub contractor - building | | | | 7,200.00 |

Sheet no. __4__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **77,933.02**

In re  **Mastercraft Specialties, Inc.**                    ,        Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Capital Screw & Nut Co**<br>**PO Box 1061**<br>**York, PA 17405** | - | | | 6/14-8/8/14<br>**inventory purchase** | | | | 552.16 |
| Account No. <br><br>**Capitol One FSB**<br>**PO Box 71083**<br>**Charlotte, NC 28272** | - | | | 5/1-8/1/14<br>**inventory purchase** | | | | 29,093.19 |
| Account No. <br><br>**Cardmember Services**<br>**PO Box 790408**<br>**St Louis, MO 63179** | - | | | 6/14-7/31<br>**inventory purchase** | | | | 2,324.01 |
| Account No. **MASSPE** <br><br>**Carpin Manufacturing**<br>**PO Box 471**<br>**Waterbury, CT 06720** | - | | | 5/27-6/13/14<br>**inventory purchase** | | | | 1,828.00 |
| Account No. <br><br>**Cheasepeake Plywood**<br>**1700 Ridgely St**<br>**Baltimore, MD 21230** | - | | | 6/4/2014<br>**inventory purchase** | | | | 22,528.00 |

Sheet no. __5__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **56,325.36**

In re **Mastercraft Specialties, Inc.**               ,    Case No. _____

                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **205720** <br><br> Chemco Manufacturing Co Inc <br> 26870 Network Place <br> Chicago, IL 60673 | - | | 6/4/2014 <br> inventory purchase | | | | 350.18 |
| Account No. <br><br> Chestnut Ridge Foam Inc <br> PO Box 6015 <br> Hermitage, PA 16148 | - | | 5/8/2014 <br> inventory purchase | | | | 4,142.37 |
| Account No. <br><br> CNC Technology Services Inc <br> PO Box 8556 <br> Woodcliff Lake, NJ 07677 | - | | 2/5/14, 2/25/14 <br> equipment repairs | | | | 3,813.00 |
| Account No. <br><br> Colony Papers Inc <br> 1776 Colony Rd <br> York, PA 17408 | - | | 7/17/2014 <br> inventory purchase | | | | 924.30 |
| Account No. <br><br> Commerical Marketing Associates <br> 8425 Progress Drive <br> Frederick, MD 21701 | - | | 1/1/14-5/1/14 <br> sales rep commission | | | | 46,798.64 |

Sheet no. __6__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    56,028.49

In re **Mastercraft Specialties, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **MC20**<br><br>**Conestoga Business Solutions**<br>**220 Pitney Road**<br>**Lancaster, PA 17601** | - | | | | 6/6/2014<br>time cards | | | | 94.80 |
| Account No. **MAS290**<br><br>**Conestoga Fuels, Inc**<br>**1142 Elizabeth Ave**<br>**PO Box 4665**<br>**Lancaster, PA 17604** | - | | | | 5/19/14, 7/11/14<br>inventory purchase | | | | 2,223.85 |
| Account No.<br><br>**Conway Trucking**<br>**PO Box 5160**<br>**Portland, OR 97208** | - | | | | 4/16/14-8/5/14<br>freight | | | | 8,018.56 |
| Account No. **7826**<br><br>**Cummins Wagner**<br>**PO Box 17503**<br>**Baltimore, MD 21297** | - | | | | 4/10/14-8/22/14<br>repairs | | | | 1,548.01 |
| Account No. **17356MAS**<br><br>**D.C. Distributing**<br>**390 Abbottstown Pike**<br>**Abbottstown, PA 17301** | - | | | | 5/21/14-8/4/14<br>inventory purchase | | | | 12,728.41 |

Sheet no. __7__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     24,613.63

In re **Mastercraft Specialties, Inc.** _____, Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Dan Binford & Associates<br>2226 Gilbert Ave<br>Cincinnati, OH 45206 | - | | | 5/13-7/29/14<br>sales rep commission | | | | 1,144.10 |
| Account No.<br><br>David Wells<br>200 N 2nd Street<br>Suite 200<br>Minneapolis, MN 55401 | - | | | 4/29-7/22/14<br>sales rep commission | | | | 469.89 |
| Account No. **2MC**<br><br>Delweld Industries<br>301 Academy Street<br>Johnstown, PA 15906 | - | | | 5/21/14-8/4/14<br>inventory purchase | | | | 131,403.48 |
| Account No.<br><br>Dimension Veneers<br>PO Box 455<br>Edon, OH 43518 | - | | | 6/12-8/8/14<br>inventory purchase | | | | 11,313.27 |
| Account No.<br><br>Dinosaw Inc<br>Dinosaw Industrial Park<br>Houston, NY 12534 | - | | | 6/27-8/1/14<br>sub contractor - sharpens blades | | | | 2,293.31 |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**146,624.05**

In re   **Mastercraft Specialties, Inc.**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Doulgass Industries<br>412 Boston Ave<br>PO Box 701<br>Egg Harbor City, NJ 08215 | - | | | 7/29/2014<br>inventory purchase | | | | 64.59 |
| Account No.<br><br>E&G Contrete Inc<br>1128 Pieffer Hill Road<br>Stevens, PA 17578 | - | | | 3/13/2014<br>sub contractor - building | | | | 4,280.00 |
| Account No.<br><br>Easton Contract Interiors<br>105 West Wayne Ave<br>Hillside Suite<br>Easton, PA 18042 | | | | 4/30/14, 5/16/14<br>sales rep commission | | | | 7,456.71 |
| Account No.<br><br>Equipment Depot<br>PO Box 8500-7647<br>Philadelphia, PA 19178 | - | | | 4/8/14-6/1/14<br>equipment repairs | | | | 1,501.13 |
| Account No. MAS270<br><br>Excel Dowel & Wood Products<br>PO Box 4543<br>Carol Stream, IL 60197 | - | | | 5/9 - 7/24/14<br>inventory purchase | | | | 476.21 |

Sheet no. __9__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,778.64

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Mastercraft Specialties, Inc.** _____,  Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Faist Associates<br>1030 N State Street<br>11H<br>Chicago, IL 60610** | | - | | 3/21/14, 7/21/14<br>sales rep commission | | | | 6,606.41 |
| Account No. **29069**<br><br>**Fashion Bed Group<br>L&P Financial Services<br>PO Box 538385<br>Atlanta, GA 30353** | | - | | 6/19 - 8/14/14<br>inventory purchase | | | | 24,587.70 |
| Account No. **PAYOR114258**<br><br>**Fastenal Company<br>PO Box 978<br>Winona, MN 55987** | | - | | 6/9-8/21/14<br>inventory purchase | | | | 3,823.80 |
| Account No.<br><br>**Fed Ex Freight<br>PO Box 223125<br>Pittsburgh, PA 15250** | | - | | 7/15/2014<br>freight | | | | 1,062.11 |
| Account No. **M0930**<br><br>**Fessenden Hall of PA<br>3021 Industry Drive<br>Lancaster, PA 17603** | | - | | 6/10/14-8/22/14<br>inventory purchase | | | | 81,950.77 |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **118,030.79**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re  **Mastercraft Specialties, Inc.** _____ ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**First Capital Powder Coating & Fabricati**<br>**251 Herman Street**<br>**York, PA 17404** | - | | | 7/1/2014<br>sub contractor | | | | 218.55 |
| Account No. **B50991**<br><br>**Franklin International**<br>**PO Box 78000**<br>**Dept 781189**<br>**Detroit, MI 48278** | - | | | 8/4/2014<br>inventory purchase | | | | 666.93 |
| Account No. **57300988**<br><br>**Freight Quote.com**<br>**1495 Paysphere Circle**<br>**Chicago, IL 60674** | | | | 7/1-7/31/14<br>freight | | | | 8,184.96 |
| Account No.<br><br>**FSM Tools**<br>**225 N Ulrich Ave**<br>**Anneville, PA 17003** | - | | | 5/1/14, 5/2/14<br>inventory purchase | | | | 1,018.00 |
| Account No. **16000**<br><br>**G&T Industries**<br>**1101 76th Street SW**<br>**Bryon Center, MI 49315** | - | | | 7/22 - 8/21/14<br>inventory purchase | | | | 5,049.05 |

Sheet no. __11__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,137.49

In re **Mastercraft Specialties, Inc.** _____,  Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **815946595** <br><br> **Grainger** <br> **Department #8159-46595** <br> **Palatine, IL 60038** | - | | 6/24/2014 <br> **inventory purchase** | | | | 219.00 |
| Account No. <br><br> **H.A. Stiles Company** <br> **PO Box 779** <br> **Westbrook, ME 04098** | - | | 4/8/2014 <br> **inventory purchase** | | | | 1,250.06 |
| Account No. **34368** <br><br> **Hafele American Company** <br> **PO Box 890779** <br> **Charlotte, NC 28289** | | | 7/23/14, 8/21/14 <br> **inventory purchase** | | | | 6,679.28 |
| Account No. **MAS717** <br><br> **Hardware Resources** <br> **Box 347030** <br> **Pittsburgh, PA 15251** | - | | 6/27-8/27/14 <br> **inventory purchase** | | | | 9,423.97 |
| Account No. <br><br> **Hazzard Moving & Storage Co** <br> **3728 Market Street** <br> **Suite 170** <br> **St Louis, MO 63110** | - | | 6/1/2014 <br> **installer** | | | | 6,100.00 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 23,672.31 |
|---|

In re **Mastercraft Specialties, Inc.** , Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Humbert Heating & Air**<br>**728 Wallick Lane**<br>**Red Lion, PA 17356** | | - | | 2/5/14, 5/17/14<br>sub contractor | | | | 741.88 |
| Account No. **MAS103**<br><br>**I C & S Distributors**<br>**PO Box 10845**<br>**Lancaster, PA 17605** | | - | | 6/24- 7/29<br>inventory purchase | | | | 5,310.00 |
| Account No.<br><br>**I-GO Van & Storage Co**<br>**9820 S 142 Street**<br>**Omaha, NE 68138** | | - | | 7/2/2014<br>freight | | | | 517.50 |
| Account No.<br><br>**IPS**<br>**20 Flour Mill Rd West**<br>**York, PA 17406** | | - | | 12/19/13-7/31/14<br>inventory purchase | | | | 15,219.92 |
| Account No. **Master**<br><br>**J. Gibson McIlvain Company**<br>**10701 Philadelphia Road**<br>**PO Box 222**<br>**White Marsh, MD 21162** | | - | | 7/27/14, 7/31/14<br>inventory purchase | | | | 4,988.17 |

Sheet no. __13__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 26,777.47 |

In re  **Mastercraft Specialties, Inc.**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>J. Wallace Smith Inc<br>PO Box 611<br>Jenkintown, PA 19046 | - | | 2/7-7/24/14<br>inventory purchase | | | | 159,798.63 |
| Account No. <br><br>J.D. Associates Inc<br>5750 W 95th Street<br>Suite 225<br>Overland Park, KS | - | | 3/14-7/3/14<br>sales rep commission | | | | 7,941.67 |
| Account No. 1577676<br><br>J.G. Edelen Company Inc<br>PO Box 824952<br>Philadelphia, PA 19182 | - | | 6/27-8/27/14<br>inventory purchase | | | | 15,423.84 |
| Account No. <br><br>Jay Persing<br>800 Maple Street<br>Red Lion, PA 17356 | - | | Capital investment | | | | 57,000.00 |
| Account No. <br><br>Joe Persing<br>800 Maple Street<br>Red Lion, PA 17356 | - | | Capital Investment | | | | 96,000.00 |

Sheet no. __14__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal (Total of this page) | | | | 336,164.14

In re  **Mastercraft Specialties, Inc.**_____,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Capital investment | | | | |
| Joel Persing 800 Maple Street Red Lion, PA 17356 | | | | | | | | 86,500.00 |
| Account No. | | - | | Capital investment | | | | |
| Joseph Persing 1900 Main Street Red Lion, PA 17356 | | | | | | | | 341,621.00 |
| Account No. | | - | | 5/1/14-8/1/14 | | | | |
| Kone Inc PO Box 429 Moline, IL 61266 | | | | | | | | 679.58 |
| Account No. | | - | | 6/1/2014 sub contactor - repair | | | | |
| Leatherman Restoration 121 Blance Drive Hutto, TX 78634 | | | | | | | | 400.00 |
| Account No. | | - | | 7/8-8/13/14 inventory purchase | | | | |
| Lenoir Mirror Company PO Box 1650 Lenoir, NC 28645 | | | | | | | | 3,557.75 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              432,758.33

B6F (Official Form 6F) (12/07) - Cont.

In re  **Mastercraft Specialties, Inc.** ,  Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Leroy Bailey/RB Millwork Consulting<br>43 Commanche Circle<br>Lake Ariel, PA 18436 | - | | 5/30/2014<br>sales rep commission | | | | 47,024.00 |
| Account No.<br><br>Mann & Parker<br>335 N Constitution Ave<br>New Freedom, PA 17349 | - | | 7/3/14-7/25/14<br>inventory purchase | | | | 53,237.73 |
| Account No. 78550<br><br>Mayer Paetz Inc<br>PO Box 1812<br>Indianapolis, IN 46206 | - | | 7/22-8/22/14<br>inventory purchase | | | | 5,677.26 |
| Account No.<br><br>MG Graphics<br>40 Maguire Lane<br>Brogue, PA 17309 | - | | 6/2/2014<br>inventory purchase | | | | 367.50 |
| Account No.<br><br>Mid Atlantic Fasteners<br>PO Box 248<br>Midlothian, VA 23113 | - | | 7/22-8/25<br>inventory purchase | | | | 4,748.81 |

Sheet no. _16_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **111,055.30**

In re  **Mastercraft Specialties, Inc.** _____,  Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mile Zelger, tax collector**<br>**451 Highland Rd**<br>**Red Lion, PA 17356** | - | | taxes | | | | 22,895.38 |
| Account No. 1888359<br><br>**Mohawk Finishing Producets**<br>**PO Box 535414**<br>**Atlanta, GA 30353** | - | | 8/6-8/20<br>inventory purchase | | | | 1,053.42 |
| Account No.<br><br>**Momentum Group**<br>**Dept 8237**<br>**DBA Momentum Textiles**<br>**Los Angeles, CA 90084** | - | | 1/10/14, 1/13/14<br>inventory purchase | | | | 1,726.53 |
| Account No.<br><br>**Morefied Communications**<br>**35 North 35th Street**<br>**Camp Hill, PA 17011** | - | | 8/15/2014<br>telephone contract | | | | 1,056.33 |
| Account No.<br><br>**Motor Tech**<br>**515 Willow Springs Lane**<br>**York, PA 17406** | - | | 6/10/2014<br>repairs | | | | 721.86 |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **27,453.52**

In re  **Mastercraft Specialties, Inc.**                                        ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MASCRA** <br><br>National Abrasives Inc <br>PO Box 315 <br>Lewisbury, PA 17339 | - | | 6/30 - 8/1/14 <br>inventory purchase | | | | 1,062.42 |
| Account No. <br><br>National Elevator Inspection <br>PO Obx 503067 <br>St Louis, MO 63150 | - | | 7/15/2014 <br>services | | | | 389.00 |
| Account No. <br><br>National Institutional <br>1000 Sawgrass Corporate Parkway <br>Suite 452 <br>Ft Lauderdale, FL 33323 | - | | 9/27/13-8/4/14 <br>sales rep commission | | | | 16,091.51 |
| Account No. <br><br>Neu-Tec Tooling <br>13115 State Route 405 <br>PO Box 98 <br>Watsontown, PA 17777 | - | | 6/26/2014 <br>inventory purchase | | | | 421.25 |
| Account No. **17784** <br><br>New Penn Motor <br>1-71 North Ave East <br>PO Bx 6031 <br>Elizabeth, NJ 07207 | - | | 6/16-8/20/14 <br>freight | | | | 4,411.72 |

Sheet no. __18__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **22,375.90**

In re   **Mastercraft Specialties, Inc.**                                          ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**NFDC Interet Connection**<br>**PO Box 461**<br>**New Freedom, NJ 17349** | - | | | | 8/11/2014<br>office internet | | | | 150.00 |
| Account No.<br><br>**NTI Group**<br>**1236 East King Street**<br>**Lancaster, PA 17602** | - | | | | 7/30, 8/1/14<br>payroll professional services | | | | 1,906.00 |
| Account No. **MASTERCRAFT**<br><br>**O'Shea Lumber Co**<br>**11425 Susquehanna Trail**<br>**Glen Rock, PA 17327** | | | | | 3/28/14-7/21/14<br>inventory purchase | | | | 352,826.59 |
| Account No.<br><br>**Old Dominion Freigth**<br>**PO Box 415202**<br>**Boston, MA 02241** | - | | | | 5/9/2012<br>freight | | | | 349.41 |
| Account No.<br><br>**Only Libraries**<br>**420 Springfield Pike**<br>**Suite H2-B**<br>**Cincinnati, OH 45215** | - | | | | 2/18/2014<br>sales rep commission | | | | 3,541.98 |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 358,773.98 |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re **Mastercraft Specialties, Inc.** ,  Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Pat Hogan <br> 644 Daugherty Oaks Court <br> Manchester, MO 63021 | - | | | 7/23/2014 <br> sales rep commission | | | | 113.05 |
| Account No. <br><br> Patrick Monahan <br> 22 Tuxedo Drive <br> Wayne, NJ 07470 | - | | | 7/21/2014 <br> sales rep commission | | | | 98.81 |
| Account No. <br><br> Paytime <br> 5070B Ritter Road <br> Suite 115 <br> Mechanicsburg, PA 17055 | - | | | 3/21/2014 <br> payroll professional services | | | | 126.13 |
| Account No. <br><br> Penn-Air & Hydraulics <br> PO Box 22190 <br> York, PA 17402 | - | | | 6/23, 7/9/14 <br> inventory purchase | | | | 68.42 |
| Account No. <br><br> Peter Danko Designs <br> 839 McKenzie Street <br> York, PA 17403 | - | | | 9/12-7/22/14 <br> commission | | | | 23,892.15 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **24,298.56**

In re    **Mastercraft Specialties, Inc.**                                          ,    Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Pitt Ohio**<br>**15 27th Street**<br>**Pittsburgh, PA 15222** | - | | 6/8/14-8/7/14<br>freight | | | | 448.55 |
| Account No.<br><br>**PLS Logistics Services**<br>**5119 Reliable Parkway**<br>**Chicago, IL 60686** | - | | 6/29/2014<br>Freight | | | | 625.00 |
| Account No.<br><br>**PNGLC**<br>**PO Box 123**<br>**Akron, OH 17501** | - | | 7/9/14-7/30/14<br>freight | | | | 1,121.01 |
| Account No.  **MASSPE**<br><br>**ProsAsys**<br>**318 Hendel Street**<br>**Shillington, PA 19607** | - | | 8/15/14-8/18/14<br>services | | | | 1,042.50 |
| Account No.<br><br>**Pruett & Associates**<br>**439 Pioneer Trail**<br>**Collinsville, VA 24078** | - | | 14-Jun<br>comission | | | | 5,521.88 |

Sheet no. __21__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 8,758.94

In re  **Mastercraft Specialties, Inc.**                                              ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Quill Corporation<br>PO Box 37600<br>Philadelphia, PA 19101 | - | | 6/6/14-6/10/14<br>inventory purchase | | | | 82.86 |
| Account No. 3403713<br><br>R.S. Hughes Co<br>2624 Lord Baltimore Dr<br>Suite H<br>Baltimore, MD 21244 | - | | 6/2/14-7/21/14<br>inventory purchase | | | | 312.31 |
| Account No.<br><br>Ragland & Associates, LLC<br>2002 Montfort Circle<br>Chestwood, KY 40014 | - | | 1/28/13-7/17/14<br>sales rep commission | | | | 6,973.32 |
| Account No.<br><br>Reliable Office Supplies<br>PO Box 105529<br>Atlanta, GA 30348 | - | | 8/26/2014<br>office supplies | | | | 123.45 |
| Account No.<br><br>Richard Leeds<br>144 Church Street<br>Waltham, MA 02452 | - | | 7/3/2014<br>sales rep commission | | | | 122.40 |

Sheet no. __22__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **7,614.34**

In re    **Mastercraft Specialties, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **521683, 13652571** <br><br> Ricoh USA, Inc <br> PO Box 41602 <br> Philadelphia, PA 19101 | - | | | 4/24/14-8/29/14 <br> copier lease | | | | 516.35 |
| Account No. <br><br> Rivers Truck Center <br> PO Box 273 <br> Red Lion, PA 17356 | - | | | 6/23/14-8/6/14 <br> garage | | | | 772.17 |
| Account No. <br><br> Rose Metal Systems <br> 1747 West Trindle Road <br> Carlisle, PA 17015 | | | | 10/23-13, 11/20/13 <br> subcontract - building | | | | 26,477.00 |
| Account No. **MASSPE** <br><br> Rubenstiens <br> 250 E Market St <br> West Cheaster, PA 19382 | - | | | 6/18/14-7/21/14 <br> office supplies | | | | 435.88 |
| Account No. **701388** <br><br> Russell Plywood <br> 401 Old Wymossing Rd <br> Reading, PA 19611 | - | | | 4/23/14-8/21/14 <br> inventory purchase | | | | 213,559.84 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

241,761.24

In re   **Mastercraft Specialties, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> S&H Transport <br> PO Box 3613 <br> York, PA 17402 | - | | 3/18/2014 <br> freight | | | | 500.00 |
| Account No. 01-0000508 <br> Schelling America Inc <br> PO Box 80367 <br> Raleigh, NC 27623 | - | | 1/1 - 2/15/14 <br> equipment set up | | | | 15,502.84 |
| Account No. 110413 <br> Sesame Temp <br> 2212 E Market Street <br> York, PA 17402 | | | 6/10/14-8/26/14 <br> temp service | | | | 11,082.47 |
| Account No. 1022-9445-1 <br> Sherwin Williams <br> 7411 Industrial Parkway <br> Macungie, PA 18062 | - | | 5/8/14-8/1/14 <br> inventory purchase | | | | 20,264.78 |
| Account No. <br> Dehaan & Bach <br> 25 Whitney Avenue <br> Suite 107 <br> Milford, OH 45150 | | | Representing: <br> Sherwin Williams | | | | Notice Only |

Sheet no. __24__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   47,350.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Mastercraft Specialties, Inc.**                                        ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **20-PAMASTE** <br><br> **Southern Parts & Engineering Co** <br> **3200 Engineering Parkway** <br> **Alpharetta, GA 30004** | | - | 6/6/2014 <br> **inventory purchase** | | | | 651.70 |
| Account No. **220102** <br><br> **Specialty Lighting** <br> **PO Box 780** <br> **Fallston, NC 28042** | | - | 7/1/2014 <br> **inventory purchase** | | | | 453.76 |
| Account No. **8508** <br><br> **Specialty Paints & Coating** <br> **608 Alexander Spring Road** <br> **Carlisle, PA 17015** | | - | 6/1/2014 <br> **inventory purchase** | | | | 360.00 |
| Account No. <br><br> **Strader Management Services** <br> **PO Box 1027** <br> **Wilson, NC 27894** | | - | 7/2/2014 <br> **sub contractor - repairs** | | | | 250.00 |
| Account No. <br><br> **Superior Die Cast** <br> **1020 South Bolton** <br> **PO Box 2154** <br> **Jacksonville, TX** | | - | 6/8/14, 7/16/14 <br> **inventory purchase** | | | | 3,867.30 |

Sheet no. __25__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,582.76**

In re  **Mastercraft Specialties, Inc.** _____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>Surtech Industries<br>915 Borom Rd<br>York, PA 17404 | - | | | 8/13/2014<br>sub contractor | | | | 153.45 |
| Account No. <br><br>Susquehanna Bank<br>1570 Manheim Pike<br>P.O. Box 3300<br>Lancaster, PA 17604 | - | | | 2013<br>Deficiency balance on refinanced secured loan | | | | 465,000.00 |
| Account No. 1822<br><br>Symbol Mattress<br>PO Box 11045<br>Richmond, VA 23230 | - | | | 8/8/2014<br>inventory purchase | | | | 1,270.00 |
| Account No. MASRED<br><br>Taylor Truck Line inc<br>801 Hwy 3N<br>Northfield, MN 55057 | - | | | 7/7/14-8/15/14<br>freight | | | | 5,473.10 |
| Account No. t145486-1<br><br>Texas Wilson<br>PO Box 2114<br>San Antonio, TX 78297 | - | | | 6/1/2014<br>sub contract - repairs | | | | 493.76 |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**472,390.31**

In re    **Mastercraft Specialties, Inc.**                ,    Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 2/21, 5/2, 5/13/14 sales rep commission | | | | |
| The Weber Team 129 S Winchester Annapolis, MD 21401 | | | | | | | | 1,385.78 |
| Account No. | | - | | 7/2/14, 8/14/14 inventory purchase | | | | |
| Timbar Packaging & Display 104 Commerce Street New Oxford, PA 17350 | | | | | | | | 1,603.75 |
| Account No. | | - | | 8/8/2014 inventory purchase | | | | |
| Timber Wolf Forest Products PO Box 608 Hudson, NC 28638 | | | | | | | | 138.90 |
| Account No. | | - | | 5/6/2014 subcontractor - moved equipment | | | | |
| TL Jackson Construction 717 Country Road York, PA 17403 | | | | | | | | 840.00 |
| Account No. | | - | | 5/1/14-7/25/14 inventory purchase | | | | |
| TN Webbing PO Box 6091 Knoxville, TN 37914 | | | | | | | | 3,505.59 |

Sheet no. __27__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Subtotal (Total of this page)    **7,474.02**

In re **Mastercraft Specialties, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **11301565**<br><br>**Total Quality Logistics**<br>**PO Box 45263**<br>**Cincinnati, OH 45263** | | - | | 7/21/2014<br>freight | | | | 4,500.00 |
| Account No. **1313636**<br><br>**Transply Inc**<br>**1005 Vogelsong Road**<br>**York, PA 17404** | | - | | 6/26/14-8/6/14<br>inventory purchase | | | | 630.89 |
| Account No. **253000**<br><br>**Tri-Boro Construction**<br>**PO Box 8**<br>**Dallastown, PA 17313** | | - | | 7/14/2014<br>inventory purchase | | | | 39.12 |
| Account No.<br><br>**UPS Freight**<br>**PO Box 533238**<br>**Charlotte, NC 28290** | | - | | 9/8/2014<br>freight | | | | 341.27 |
| Account No.<br><br>**Valendrawers Inc**<br>**PO Box 1169**<br>**Lexington, NC 27293** | | - | | 6/10/2014<br>inventory purchase | | | | 17,181.00 |

Sheet no. __28__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,692.28

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Mastercraft Specialties, Inc.**                                    ,       Case No. _____

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Valley Manufacturing Co<br>104 Beta Drive<br>PO Box 1105<br>Franklin, TN 37065** | | - | | 7/22/2014<br>**inventory purchase** | | | | 944.05 |
| Account No. **0001647-W001**<br><br>**Valspar<br>PO Box 417301<br>Boston, MA 02241** | | - | | 6/1 - 6/5/14<br>**inventory purchase** | | | | 4,891.84 |
| Account No.<br><br>**Ward Trucking LLC<br>PO Box 1553<br>Altoona, PA 16603** | | - | | 6/17-7/30/14<br>**freight** | | | | 1,218.52 |
| Account No.<br><br>**Warners Motor Express<br>PO Box 269<br>Red Lion, PA 17356** | | - | | 8/12/2014<br>**freight** | | | | 100.00 |
| Account No. **6478**<br><br>**Wood Goods Industries<br>407 South Duncan Street<br>Luck, WI 54853** | | - | | 7/22/14-8/19/14<br>**inventory purchase** | | | | 2,235.11 |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,389.52

In re  **Mastercraft Specialties, Inc.**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **OW323899741** <br><br> **Worldwide Express** <br> **PO Box 50157** <br> **Indianapolis, IN 46250** | - | | 7/8, 8/20/14 <br> freight | | | | 1,275.34 |
| Account No. **1090249** <br><br> **Wurth Baer Supply Co** <br> **909 Forest Edge dr** <br> **Vernon Hills, IL 60061** | - | | 6/4/14-8/26/14 <br> inventory purchase | | | | 8,567.42 |
| Account No. **11086485** <br><br> **Wurth Wood Group** <br> **PO Box 601182** <br> **Charlotte, NC 28260** | - | | 5/12-8/6/14 <br> inventory purchase | | | | 16,301.73 |
| Account No. <br><br> **YRC** <br> **PO Box 905587** <br> **Charlotte, NC 28290** | - | | 6/1, 6/17/14 <br> freight | | | | 1,419.16 |
| Account No. <br><br> **Zelma Real Estate** <br> **11210 Smith Hollow Road** <br> **Brogue, PA 17309** | - | | 2014 <br> Capital contribution | | | | 7,859.59 |

Sheet no. __30__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 35,423.24 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,923,029.83 |

.

In re  **Mastercraft Specialties, Inc.** _____, Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Barb Davis and Dale Stahley** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |
| **Bardol & Company**<br>**1290 Garrison Drive**<br>**York, PA 17404** | **Management Agreement: Debtor pays Bardol & Company a fee of 2% on all sales of product to Woodcraft Management Services as set forth in Manufacturing Agreement between Debtor and Woodcraft Management Services** |
| **Brad Felsner** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |
| **Brenda Faist** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |
| **Capital Supply**<br>**1000 Sawgrass Corporate Pkwy**<br>**Suite 452**<br>**Fort Lauderdale, FL 33323** | **Sales Representation/Agent Agreement**<br>**Date of Agreement: unknown**<br>**Expiration Date: unknown**<br>**Debtor pays Capital Supply a sales commission of 8% of sales price**<br>**Debtor is unable to locate Agreement** |
| **Commercial Marketing Associates**<br>**411 Aviation Way**<br>**Frederick, MD 21701** | **Sales Representation/Agent Agreement**<br>**Date of Agreement: unknown**<br>**Expiration Date: unknown**<br>**Debtor pays Commercial Marketing Associates a sales commission of 8% of sales price**<br>**Debtor is unable to locate Agreement** |
| **Don Pruett** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |
| **Jack Bardol**<br>**1290 Garrison Drive**<br>**York, PA 17404** | **Employment contract dated 09/09/2014** |
| **John Flinn** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |
| **John Hamilton** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |

**2**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com Best Case Bankruptcy

In re    **Mastercraft Specialties, Inc.**                                ,    Case No. _____

                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Majestic Connections, Ltd.**<br>**6 Manchester Drive**<br>**Bethpage, NY 11714** | **Sales Representation/Agent Agreement**<br>**Date of Agreement: 06/22/2004**<br>**Contract does not have expiration date**<br>**Debtor pays Majestic a sales commission of 12% of sales price** |
| **Nancy Ragland** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |
| **Pat Hogan** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |
| **Peter Danko Designs**<br>**839 McKenzie Street**<br>**York, PA 17403** | **Supply Agreement dated 4/15/2013**<br>**Debtor pays Danko a draw against royalties in the minimum amount of $70,000 per year**<br>**Initial term of Agreement expires 4/15/2015, annually thereafter**<br>***Agreement includes a Royalty Agreement whereby Mastercraft may produce and sell furniture using the Danko Designs marks and pay a royalty fee of 3% - 5% of the selling price of the products within fifteen days of any such sale.** |
| **Richard Leeds, Leeds Associates** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |
| **Ricoh Business**<br>**5 Dedrick Place**<br>**Caldwell, NJ 07006** | **Lease of photocopier**<br>**#22105779**<br>**Lease expires March, 2017** |
| **Ricoh Business**<br>**5 Dedrick Place**<br>**Caldwell, NJ 07006** | **Lease of photocopier**<br>**#22105779**<br>**Lease expires December, 2016** |
| **Roy Bailey** | **Sales Representative Contract** |
| **Tim Grande** | **Sales Representative Contract**<br>**Representative is paid 8.0% commission on sales within designated territory** |

Sheet  1  of  2  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

In re   **Mastercraft Specialties, Inc.**                                    ,   Case No. _____
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Woodcraft Management Services**<br>**270 Rolling Ridge Drive**<br>**Bellefonte, PA 16823** | **Manufacturing Agreement dated 2/5/2014**<br>**Initial term of Agreement expires 2/5/2017,**<br>**annually thereafter**<br><br>**Woodcraft Management Services agrees to purchase furniture produced by Debtor. All raw material provided by Woodcraft Management Services to Debtor on a consigned basis is the property of Susquehanna Bank.**<br><br>**\*Agreement includes a Royalty Agreement whereby Mastercraft may produce and sell furniture using the Woodcraft Management Services design and pay a royalty fee of 4% of the selling price of the products within fifteen days of any such sale.**<br><br>**\*Agreement includes a clause whereby Debtor pays Bardol & Company a fee of 2% on all sales of product to Woodcraft Management Services** |

Sheet __2__ of __2__  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

.

In re  **Mastercraft Specialties, Inc.**                                                      ,        Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jay Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Jay Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Jay Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Jay Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **First Sound Capital**<br>**925 4th Avenue**<br>**Suite 2350**<br>**Seattle, WA 98104** |
| **Jay Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **First Sound Capital**<br>**925 4th Avenue**<br>**Suite 2350**<br>**Seattle, WA 98104** |
| **Jay Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Jay Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** |
| **Joel Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Joel Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Joel Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Joel Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **First Sound Capital**<br>**925 4th Avenue**<br>**Suite 2350**<br>**Seattle, WA 98104** |

**1**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Mastercraft Specialties, Inc.**_____,    Case No. _____

                                         Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Joel Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **First Sound Capital**<br>**925 4th Avenue**<br>**Suite 2350**<br>**Seattle, WA 98104** |
| **Joel Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** |
| **Joel Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Direct Capital**<br>**155 Commerce Way**<br>**Portsmouth, NH 03801** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Mastercraft Specialties, Inc.**                                     Case No. _____
                                                    Debtor(s)                Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**70**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **October 7, 2014**                            Signature   **/s/ Joel Persing**
                                                                  **Joel Persing**
                                                                  **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Middle District of Pennsylvania

| | | | |
|---|---|---|---|
| In re | **Mastercraft Specialties, Inc.** | Case No. | |
| | Debtor(s) | Chapter | **11** |

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $7,989,391.00 | **2012 gross income**<br>**($7,989,391 gross receipts - $6,894,687 cost of goods sold = $1,094,704.00 gross profit)** |
| $6,376,059.00 | **2013 gross receipts**<br>**($6,376,059 gross receipts - $5,630,532 cost of goods sold = $745,527.00 gross profit)** |
| $3,196,109.00 | **2014 gross receipts as of August 31, 2014**<br>**($3,196,109 gross receipts - $2,195,759 cost of goods sold = #320.00 gross profit)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached list** | | **$824,555.22** | **$0.00** |

None
☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Joseph Persing**<br>**1900 Main Street**<br>**Red Lion, PA 17356**<br>  **Father of shareholders** | **2013 - 2014** | **$4,000.00** | **$96,000.00** |

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **CH Robinson Worldwide, Inc. v. Mastercraft Specialties, Inc. and Joel Persing Case No.** | **Civil/Collection** | **State of Minnesota District Court, County of Hennepin, Fourth Judicial District** | **Pending** |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or
■ returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12
or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of
☐ this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a
joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| **Russell Plywood**<br>**401 Old Wymossing Rd**<br>**Reading, PA 19611** | **09/10/2014** | **Return of lumber in exchange for credit in the amount of $36,084.64, which has been posted against the Accounts Payable** |

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately
■ preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary
■ and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions
aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or**
■ **since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CGA Law Firm**<br>**135 North George Street**<br>**York, PA 17401** | 08/26/2014 | $27,611.50 |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Woodcraft Management Services**<br>**270 Rolling Ridge Drive**<br>**Bellefonte, PA 16823** | **Inventory on consignment from Woodcraft**<br>**pursuant to Manufacturing Agreement**<br>**$18,690** | **800 Maple Street, Red Lion, PA** |
| **Customer deposits** | **Customer deposits - see attached list**<br>**$253,314.80** | |

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None □

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Persing Enterprises, Inc.** | | **214 N. Franklin Street Red Lion, PA 17356** | **Persing Enterprises, Inc. was merged into Mastercraft Specialties, Inc. in 2009** | **1993 - 2009** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None □

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Bardol & Company 1290 Garrison Drive York, PA 17404** | **2008 - present** |

None □

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | DATES SERVICES RENDERED |
|---|---|
| **Stambaugh Ness, PC** | **2600 Eastern Blvd Suite 101 York, PA 17402** | **1965 - present** |

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

| None ☐ | d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case. |
|---|---|

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **Metro Bank**<br>**3801 Paxton Street**<br>**Harrisburg, PA 17111** | **Annually** |

---

**20. Inventories**

| None ☐ | a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory. |
|---|---|

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|
| **12/31/2012** | **Jannifer Snyder** | **$941,359**<br>**Cost basis** |
| **12/31/2013** | **Jennifer Snyder** | **$1,331,659**<br>**Cost basis** |

| None ☐ | b. List the name and address of the person having possession of the records of each of the inventories reported in a., above. |
|---|---|

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|
| **12/31/2012** | **Joel Persing** |
| **12/31/2013** | **Joel Persing** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

| None ■ | a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership. |
|---|---|

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

| None ☐ | b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation. |
|---|---|

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| **Joel Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **President/Treasurer** | **49% ownership** |
| **Jay Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Vice President** | **49% ownership** |
| **Jonathan Persing**<br>**800 Maple Street**<br>**Red Lion, PA 17356** | **Secretary** | **2% ownership** |
| **Jack Bardol**<br>**1290 Garrison Drive**<br>**York, PA 17404** | **Vice-President of Restructuring** | **0% ownership** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----|-----|-----|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|
| **Mastercraft Specialties, Inc. 401K profit sharing plan** | |

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date __**October 7, 2014**_____     Signature  __**/s/ Joel Persing**_____

                                                           **Joel Persing**
                                                           **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Customer Deposits in Place 10/06/2014**

| | |
|---|---|
| Crittenton Childrens Center | 8,292.23 |
| Commercail Office Environments | 1,288.61 |
| MOI | 2,297.60 |
| Penn State University | 204,489.41 |
| Pines at Clark summit | 36,946.95 |
| | 253,314.80 |

Vendor paid last 90 days over $5850.00

| | |
|---|---:|
| ATS | $ 23,899.42 |
| Bardol & Co | $ 18,570.63 |
| Starnet Insurnace | $ 32,473.28 |
| Delweld Industries | $ 30,581.80 |
| Fessenden Hall | $ 99,925.02 |
| Hardware Resources | $ 9,748.72 |
| Huttig Building Prod | $ 13,098.43 |
| J Wallace Smith | $ 17,986.30 |
| J. G. Edelen Co | $ 17,330.70 |
| O' Shea Lumber Co | $ 113,245.47 |
| Precision Carbide | $ 16,007.12 |
| Russell Plywood | $ 72,364.46 |
| Easton Contract Interiors | $ 10,188.88 |
| Met Ed | $ 42,650.52 |
| Pennsylvania Lumbermans Insurance | $ 15,072.00 |
| Wood Good Industries | $ 7,938.47 |
| Wurth Wood Goods | $ 6,094.60 |
| C.H. Briggs | $ 9,587.67 |
| J. Gibson McIlvain Com | $ 88,828.85 |
| Capitol One credit card | $ 6,300.00 |
| Sherwin Williams | $ 9,957.15 |
| Stambaugh Ness | $ 13,400.00 |
| Alan McIlvain Lumber | $ 35,668.67 |
| Baille Lumber Co | $ 55,778.47 |
| CGA Law Firm | $ 27,111.50 |
| IC&S | $ 8,049.70 |
| Commercial Marketing | $ 6,000.00 |
| Mann & Parker | $ 8,708.62 |
| Bortner Bros | $ 7,988.77 |
| | |
| | $ 824,555.22 |

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Mastercraft Specialties, Inc.**              Case No. _____

                      Debtor(s)       Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept a minimum fee of | $ | * |
   | Prior to the filing of this statement I have received | $ | *6,987.50 |
   | Balance Due (per hourly rates in engagement letter) | $ | * |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☒ Debtor      ☐ Other (specify):

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the below-described fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

   *ALL SERVICES ARE BEING RENDERED AT AN HOURLY RATE. TO DATE, THE DEBTOR HAS PAID $6,987.50 TOWARD ATTORNEY FEES AND $1,717.00 TOWARD THE FILING FEE. COUNSEL FOR DEBTOR IS HOLDING AN ADDITIONAL $20,624.00 IN ESCROW.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service: ALL BANKRUPTCY SERVICES AT AGREED UPON HOURLY RATES.


*THERE IS NO RELATIONSHIP BETWEEN THE HOURLY RATE AND THE "NO LOOK" FEE OTHER THAN TO ESTABLISH A MINIMUM FEE FOR REPRESENTATION:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **10/07/2014** _____      **/s/Lawrence V. Young, Esquire**

                                              **Lawrence V. Young 21009**
                                              **CGA Law Firm**
                                              **135 North George Street**
                                              **York, PA 17401**
                                              **717-848-4900  Fax: 717-843-9039**
                                              **lyoung@cgalaw.com**

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re     **Mastercraft Specialties, Inc.**

                                 Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __**October 7, 2014**__            Signature __**/s/ Joel Persing**_____

                                                     **Joel Persing**
                                                     **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Mastercraft Specialties, Inc.**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 7, 2014**

**/s/ Joel Persing**

**Joel Persing/President**

Signer/Title

I, **Lawrence V. Young 21009**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **9** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **October 7, 2014**

**/s/ Lawrence V. Young**

Signature of Attorney

**Lawrence V. Young 21009**

**CGA Law Firm**

**135 North George Street**

**York, PA 17401**

**717-848-4900   Fax: 717-843-9039**

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re    __Mastercraft Specialties, Inc.__

Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Mastercraft Specialties, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__October  7, 2014__

Date

__/s/ Lawrence V. Young__

__Lawrence V. Young 21009__

Signature of Attorney or Litigant

Counsel for   __Mastercraft Specialties, Inc.__

__CGA Law Firm__

__135 North George Street__
__York, PA 17401__
__717-848-4900 Fax:717-843-9039__
__hlocke@cgalaw.com__

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy